## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

                               :

SECURITIES EXCHANGE COMMISSION,        :     No. 19 Civ. 1459 (LAP)

                       Plaintiff,         :

                       v.                :

JOSHUA SASON, MARC MANUEL, KAUTILYA    :
(a/k/a TONY) SHARMA, PERIAN SALVIOLA,     :
MAGNA MANAGEMENT, LLC (f/k/a MAGNA    :
GROUP, LLC), MAGNA EQUITIES II, LLC (f/k/a   :
HANOVER HOLDINGS I, LLC), MG PARTNERS,   :
LTD., AND PALLAS HOLDINGS, LLC,        :

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

### NOTICE OF MOTION TO DISMISS

       PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules

of Civil Procedure, the accompanying Memorandum of Law, the Affirmation of Marjorie J.

Peerce, and upon the pleadings and all prior proceedings in this action, Defendants Joshua Sason,

Marc Manuel, Magna Management, LLC (f/k/a Magna Group, LLC), Magna Equities II, LLC

(f/k/a Hanover Holdings I, LLC), and MG Partners, Ltd. (collectively, "Magna Defendants") will

move before the Honorable Loretta A. Preska, United States District Judge for the Southern

District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York,

10007, at a date and time to be determined by the Court, for an Order granting Magna

Defendants' motion to dismiss the Complaint, and for such other relief as the Court deems just

and proper.

PLEASE ALSO TAKE FURTHER NOTICE that pursuant to the briefing schedule jointly proposed by the parties and approved by this Court [D.I. 43], the Securities Exchange Commission's response to this motion, if any, shall be filed by June 5, 2019, and Magna Defendants' reply papers, if any, shall be filed by June 17, 2019.

DATED:  May 6, 2019

By: */s/ Marjorie J. Peerce*
Marjorie J. Peerce
David L. Axelrod
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 223-0200

*Attorneys for Defendant Marc Manuel*

By: */s/ Michael H. Ference*
Michael H. Ference
Daniel Scott Furst
SICHENZIA ROSS FERENCE LLP
1185 Avenue of the Americas, 37th Floor
New York, NY 10036
(212) 930-9700

*Attorneys for Defendants Joshua Sason, Magna Management, LLC, Magna Equities II, and MG Partners, Ltd.*