# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

February 27, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Via ecf*

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   SEC v. Joshua Sason, et al., No. 1:19-cv-01459-LAP

Dear Judge Preska:

We are counsel to Marc Manuel, a defendant in the above referenced matter. We are writing to request an adjustment of the time and date of the initial pretrial conference in this matter, currently scheduled for March 11 at 2:00 p.m.

The reason for the request is that both my partner David Axelrod and I will be out of town that day, and for the rest of the week. We have spoken to Your Honor's Chambers and were advised that March 10 at 9:00 a.m. was available for the conference. We have communicated with counsel for all parties, all of whom do not object to this request and are available at that date and time for the conference. Some counsel may request to participate by phone, which I understand from Your Honor's Chambers is an available option.

We apologize for any inconvenience this request may cause, and are of course available for any questions Your Honor may have.

Respectfully submitted,

/s/ Marjorie J. Peerce

Marjorie J. Peerce

MJP/mm

SO ORDERED.

Dated:   Feb. 28, 2020
         New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
SENIOR U.S. DISTRICT JUDGE

DMEAST #40286979 v1