UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

   -versus-

JOSHUA SASON, et al.,

        Defendants.

19 Civ. 1459 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

The Clerk of the Court is directed to remove from the docket document #81-7 and replace it with the document titled "Exhibit 7" separately provided to the Clerk's office.

**SO ORDERED.**

Dated:  May 21, 2020
        New York, New York

                                 */s/ Loretta A. Preska*
                                 LORETTA A. PRESKA, U.S.D.J.