UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  -against-

JOSHUA SASON, et al.,

        Defendants.

No. 19-CV-1459 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall confer and inform the Court by letter no later than February 8, 2021 as to the status of the case.

**SO ORDERED.**

Dated:  February 1, 2021
       New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA, U.S.D.J.