UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

    -against-

JOSHUA SASON, et al.,

             Defendants.

------------------------------------

No. 19-CV-1459 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall provide the Court with the details of Izak Zirk de Maison's incarceration, including the name and address of the institution where he is being held, his inmate number, the name of the Warden, etc., so that the Court can request that he be made available for an in-person deposition.

**SO ORDERED.**

Dated:    February 9, 2021
        New York, New York

LORETTA A. PRESKA, U.S.D.J.