UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOSHUA SASON, et al.,<br><br>                    Defendants. | No. 19-CV-1459 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties shall appear for a telephonic conference on April 22, 2021 at 9:30 a.m. using the dial in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    April 20, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1