UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>                    Plaintiff, <br><br> -against- <br><br> JOSHUA SASON, et al., <br><br>                    Defendants. | No. 19-CV-1459 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for April 22, 2021 at 9:30 a.m. will address both (1) the parties' letters regarding the deposition of Izak Zirk de Maison, (see dkt. nos. 98, 99, 100), and (2) the parties' letters regarding the production of certain documents by Defendant Kautilya Sharma, (see dkt. nos. 101, 103, 104).  For ease of reference, the dial-in number is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    April 21, 2021
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1