

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

May 6, 2021

**By ECF**

Hon. Loretta A. Preska
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Joshua Sason, et al.*, 19 Civ. 1459 (LAP) (S.D.N.Y.)

Dear Judge Preska:

    Plaintiff Securities and Exchange Commission (the "Commission"), Defendant Marc Manuel ("Manuel"), and Defendants Joshua Sason, Magna Management, LLC, Magna Equities II, LLC, and MG Partners Ltd. (the "Magna Defendants") respectfully write in response to the Court's directive during the telephonic conference on April 22, 2021, to provide an update concerning the deposition of non-party Izak Zirk de Maison ("de Maison").

    The above parties have agreed to conduct de Maison's deposition in the Northern District of Ohio ("NDOH"), where de Maison is currently incarcerated, on June 23 and June 24, 2021. Brian McDonough, an NDOH Assistant United States Attorney, has agreed to coordinate the logistics related to the deposition. Although some counsel will appear in person, others will participate remotely, through means to be agreed upon by the parties.

    Accordingly, the Commission, Manuel, and the Magna Defendants each request leave to depose de Maison pursuant to Federal Rule of Civil Procedure 30(a)(2)(B).

                                                      Respectfully submitted,

                                                      /s/ Lee A. Greenwood

                                                      Lee A. Greenwood
                                                      Senior Trial Counsel

cc:    All counsel of record by ECF