# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

August 25, 2021

Honorable Judge Loretta A. Preska
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   1:19-cv-01459-LAP Securities and Exchange Commission v. Sason

Dear Judge Preska:

We represent Marc Manuel in the above referenced matter. As I advised Your Honor's Chambers this morning, September 7, which is the date for the telephonic Meet and Confer court appearance, is the first day of Rosh Hashanah. We thus respectfully request that the conference be adjourned to another date. I have conferred with all counsel in the matter, and we are all available on either September 13 or September 14 for an adjourned conference. I of course am available for any questions Your Honor may have.

Respectfully,

/s/ Marjorie J. Peerce

Marjorie J. Peerce

MJP/dc

```
The teleconference scheduled for September 7,
2021 is adjourned to September 13, 2021 at
10:00 a.m.  For ease of reference, the dial-in
is 877-402-9753, access code: 6545179.
```

**SO ORDERED.**

Dated:    August 26, 2021
          New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

DMEAST #45839828 v1