UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>-against-<br><br>JOSHUA SASON, *et al.*,<br><br>                 Defendants. | 19 Civ. 01459 (LAP) |

## DEFENDANT MARC MANUEL'S MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO SEC LETTER MOTION FOR PROTECTIVE ORDER

Defendant Marc Manuel, by and through his counsel, hereby requests leave to file a redacted version Mr. Manuel's Response to the SEC's Letter Motion for Protective Order (DE 115) (the "Response") and to file certain exhibits under seal because the Response discusses and attaches sensitive information and documents which have been designated "CONFIDENTIAL" pursuant to the Protective Order in this action (DE 88).

Pursuant to the Individual Practices of Judge Loretta A. Preska of the Southern District of New York, counsel for Manuel will serve the Response and accompanying exhibits on the Court and opposing counsel via email as opposed to filing on the ECF system.

```
Counsel may file the response and exhibits
under seal with redacted copies filed to the
public docket.

SO ORDERED.

Dated:     September 27, 2021
           New York, New York
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.