UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-against-

JOSHUA SASON, *et al.*,

                Defendants.

19 Civ. 01459 (LAP)

## [~~PROPOSED~~] ORDER CONCERNING DISCOVERY LETTER MOTIONS

**WHEREAS**, on August 6, 2021, Plaintiff Securities and Exchange Commission (the "Commission") filed a letter requesting a pre-motion discovery conference to address the failure of Defendants Perian Salviola ("Salviola") and Pallas Holdings, LLC ("Pallas") to produce a privilege log and the non-privileged portions of any responsive documents (Dkt. No. 108) (the "Privilege Log Motion");

**WHEREAS**, on September 8, 2021, the Commission filed a letter requesting a pre-motion discovery conference concerning its anticipated motion for a protective order precluding Defendant Marc Manuel ("Manuel") from deposing Commission attorney John Enright ("Enright") (Dkt. No. 115) (the "Deposition Protective Order Motion");

**WHEREAS**, on September 9, 2021, the Commission filed a letter requesting a pre-motion discovery conference to address the failure of Defendants Kautilya "Tony" Sharma ("Sharma"), Salviola, and Pallas (collectively, the "Pallas Defendants"), to respond to four interrogatories propounded by the Commission (Dkt. No. 117) (the "Interrogatories Motion");

**WHEREAS**, on September 20, 2021, Manuel filed a letter requesting a pre-motion discovery conference to seek permission to file a motion to compel the Commission to serve full,

complete, and accurate responses to Manuel's First Set of Requests for Admissions to the Commission (Dkt. No. 123) (the "RFAs Motion");

**WHEREAS**, on September 27, 2021, the Court held a telephonic conference concerning the Privilege Log Motion, the Deposition Motion, the Interrogatories Motion, and the RFAs Motion (the "Conference");

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Court resolves each of the motions for the reasons set forth on the record during the Conference.

2. The Privilege Log Motion is **GRANTED**. By no later than **Friday, October 1, 2021**, Salviola and Pallas shall:

   (a) Specifically identify which portions of the privilege logs of other parties or non-parties that they are adopting; and

   (b) Produce the non-privileged portions of any documents they are withholding on the basis of a claim of privilege.

3. The Deposition Protective Order Motion is **DENIED**. Manuel is permitted to depose Enright about facts he perceived when meeting with witnesses and corresponding with witnesses and/or their counsel, in the course of the Commission's investigation.

4. The Interrogatories Motion is **GRANTED**. The Pallas Defendants shall respond to the four interrogatories that are the subject of the Commission's motion by no later than **Friday, October 8, 2021.**

5. Action on the RFAs Motion is deferred. Defendant Manuel may serve the same or additional requests for admission on the Commission and renew his motion after the Commission responds.

**IT IS SO ORDERED.**

Dated: September 29, 2021.

_____
Hon. Loretta A. Preska
United States District Judge