

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**Division of
Enforcement**

April 5, 2022

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *SEC v. Joshua Sason, et al.*, 19 Civ. 1459 (LAP) (S.D.N.Y.)

Dear Judge Preska:

  Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes, jointly with all Defendants, to provide a status update on this matter and to request that the Court enter the schedule below relating to summary judgment motions.

  The parties will conclude all fact discovery no later than May 6, 2022. During the conference on April 22, 2021, the Court granted the parties permission to file motions for summary judgment. At a minimum, the Commission, Defendant Marc Manuel, and the Magna Defendants intend to file such motions, and the parties have conferred on a briefing schedule for these motions. Additionally, the parties have agreed, in the interest of efficiency, to defer expert discovery (if any) until after the Court resolves the summary judgment motions. Defendants specifically reserve their rights to object to any expert discovery at the appropriate time, if necessary.

  Accordingly, the parties respectfully request that the Court order the following schedule:

- **May 6, 2022** – Fact discovery closes.

- **June 3, 2022** – Deadline for Defendants to file motions for summary judgment (if any).

- **July 6, 2022** – Deadline for Plaintiff to file oppositions to Defendants' motion(s) and files its own motion for summary judgment.

- **August 5, 2022** – Deadline for Defendants to file their reply briefs in further support of their motions for summary judgment and/or oppose Plaintiff's motion for summary judgment.

- **September 2, 2022** – Deadline for Plaintiff to file its reply brief in further support of its motion for summary judgment.

Hon. Loretta A. Preska
April 5, 2022
Page 2

- **21 days after the Court's decision** – The parties will advise the Court on their respective positions on expert discovery.

Respectfully submitted,

/s/ Philip A. Fortino

Philip A. Fortino
Senior Trial Counsel

cc: All counsel of record by ECF