# Exhibit 76

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:    )
                     ) File No. NY-09252-A
MAGNA GROUP, LLC     )


WITNESS:  Joshua Sason

PAGES:    1 through 258

PLACE:    Securities and Exchange Commission

          200 Vesey Street

          New York, New York 10281

DATE:     Monday, June 18, 2018


     The above entitled matter came on for hearing,
pursuant to notice, at 9:46 a.m.


Diversified Reporting Services, Inc.
(202) 467-9200

SEC-SASON-000029705

Page 74

Page 76

Page 75

Page 77



8    Q   So I think -- why don't you walk me through
9  kind of how or what Magna's business model was at the
10  beginning and understanding it's changed significantly
11  over time, kind of walk me through, in broad strokes, how
12  it's changed over time?
13    A   Well, at the beginning, it was identifying
14  companies that were in need of financing and figuring out
15  creative solutions to provide that financing in a way
16  that was sort of non-disruptive in the marketplace,
17  right?
18      So we didn't have any sort of template
19  structure or anything like that.  It was more so
20  understanding what the need is and working to provide a
21  solution accordingly.
22      At that time, our business was almost
23  exclusively focused on public companies, and then sort of
24  as we evolved over time, it's been my -- my thesis and my
25  life's work to kind of diversify the company and be able

20  (Pages 74 to 77)

SEC-SASON-000029724

Page 78

1  to do more where there's sort of a marketplace need,
2  right?
3        So I saw marketplace need in that space when I
4  started, and we found subsequently several other areas
5  that have a similar dynamic within them that presents a
6  similar need.
7        So, really, beginning in 2011, 2012, when we
8  built out a team around our initial business, we started
9  to diversify the firm.  We founded Magna Ventures at that
10  point, and we actually started -- we started one company
11  at that time out of our own infrastructure with our own
12  resources called Mainz.  That was 2012.
13        And then, shortly after, in 2013, we started
14  Magna Entertainment, which I have a background in
15  entertainment, so I started seeing opportunity, private
16  opportunities in the media space, the entertainment
17  space.  And so that has become, you know, a fully, you
18  know, a fully integrated platform where we're investing
19  in content across subverticals of the media space.  So
20  we'll invest in film assets.  We'll invest in music
21  assets.  Anything IP content-related, digital assets,
22  agency -- marketing agency-related assets.  So we have
23  been doing that since 2013, '14.
24        In 2016, we began also to invest in the real
25  estate sector.  So we formed Magna Real Estate and we

Page 79

1  began investing in that space.
2        And from a business perspective, really, the
3  first few years, it was solely balance sheet capital, and
4  I just reinvested all the money back into the firm to
5  both grow the team and to continue investing.  So I
6  didn't take anything out for the first several years at
7  all.
8        And then about three years ago or so, we
9  started to shift strategically and we formed the
10  construct of an asset management, a fund-oriented
11  business, whereby now each of our verticals, and we have
12  four of them, the way that we look at it internally, have
13  their own fund vehicles and outside investors and we're
14  effectively serving as the asset manager of those
15  entities.
16     Q   So the four verticals you're thinking of now
17  are what?
18     A   So we have Magna Equities.  We have Magna
19  Entertainment.  We have Magna Real Estate.  And then our
20  M&A activities that are currently conducted through the M
21  1 or the SPAC franchise that we have built.
22     Q   So focusing on the equities division, what
23  types of outside investors has that division brought in
24  over time?
25     A   Largely high net worths and families.  That's

Page 80

1  been the focus.
2     Q   How did Magna kind of source those investments?
3     A   Source the investments?
4     Q   Investments in the equities sort of fund.
5     A   What do you mean by that?
6     Q   Well, so you said that there was a point in
7  time when Magna began to take outside investments for
8  each of its sort of verticals that sort of essentially
9  became asset managers.
10     A   Uh-huh.
11     Q   Did Magna take outside investments in
12  connection with its equities work?
13     A   Outside capital?
14     Q   Outside capital.
15     A   Yes, yes.
16     Q   How did Magna source that outside capital?
17     A   So those were introductions, whether they be
18  through third-party marketers that introduced the
19  capital.  Broker/dealers would introduce the capital.  In
20  some cases, lawyers introduced us to other investors that
21  were looking for access to the space.
22        That's kind of the broad stroke of how it's
23  worked for us.
24     Q   And are the outside — the outside capital,
25  you're discussing, is that sort of infusions into a

Page 81

1  particular Magna fund or is that sort of through the
2  process of kind of joint ventures on particular deals?
3     A   Right now, we have a fund vehicle that oversees
4  everything.
5     Q   For how long has that been the case?
6     A   Since the beginning of 2017, January 1, 2017.
7     Q   Prior to that, how did Magna sort of take in
8  outside capital?
9     A   We would do it through JV vehicles.
10     Q   I think, in your discussion of sort of how the
11  business model has changed over time, at the beginning,
12  you said sort of the focus was to try to source kind of
13  transactions or locate issuers that were interested in
14  creative types of financing.
15        At the beginning, how did Magna source kind of
16  the issuers it was seeking to invest in and then maybe
17  describe for me how it's changed over time.
18     A   At the beginning, I would comb through filings,
19  right?  So I would research filings.  I would also screen
20  for certain attributes, technical attributes, largely,
21  and some fundamental attributes.
22        And then would proceed to call and/or e-mail
23  the issuers directly if I could access their contact
24  information, or I would call and/or e-mail, you know,
25  providers, so lawyers, accountants, et cetera, of those

21 (Pages 78 to 81)

Page 82

1  particular issuers.
2      That was sort of the initial way that our --
3  our outreach kind of worked.  And then, by a couple years
4  into the business, we built a brand and a reputation and
5  started appearing at all the conferences and building a
6  network within the space.  And so it started becoming a
7  largely referral-based type of situation where, you know,
8  investment banks and broker/dealers and accountants and
9  auditors and lawyers were providing us with
10 opportunities.
11     And that's pretty much today, that's how,
12 basically, how it works.  It's all sort of inbound
13 referral-based investment opportunities for us.
14     **Q   So I guess, prior to kind of the transition**
15 **over to sort of primarily referral-based investments, I**
16 **think you said that initially it was you reaching out to**
17 **companies, seeing if they were interested in financing.**
18     **Did there come a time when you sort of**
19 **delegated that work to other people at Magna?**
20     A   Yes.
21     **Q   Okay.  Tell me about that.**
22     A   That started when my brother came to -- Ari
23 Sason came to work during his summer -- summer break, in
24 my bedroom.  And so he would do sort of the initial
25 outreach then I would come, you know, as a second

Page 83

1  voice into the equation.
2      And then, as we started hiring people later
3  that year, when we had moved into our first office and,
4  you know, we were starting to take shape, we hired
5  another person, Ari Morris, who was also doing that sort
6  of outreach-related work.
7      And then, in the first few years, we hired a
8  couple more people who were doing more so just the
9  outreach part of it, and then we'd have sort of a next
10 level up of -- of the hierarchy, if you want to call it
11 that, of people that kind of took the relationship and
12 nurtured that from a conversation into, you know, into a
13 deal, into a transaction thereafter.

Page 84

Page 85

SEC-SASON-000029726



Page 144

6    And then he ultimately maintained those
7  relationships with the counsel that we ultimately went
8  with, which was Greenberg Traurig, for that for that
9  specific structure.
10    He maintained that relationship with GT as the
11  process kind of went forward.
12    Q   So I guess the reason we came on this tangent a
13  little bit was I was asking you sort of the types of
14  documents you remember looking at in connection with the
15  NewLead transactions.
16    We talked about the investment memo, talked
17  about -- I asked you questions about whether you reviewed
18  any of the notes or not.
19    Did you look at any, like, due diligence
20  packages that either Mr. Manuel or his team prepared in
21  connection with these NewLead transactions?
22    A   Not that I recall.
23    Q   You mentioned that the 3(a)(10) process
24  includes a court component, a filing in court.
25    Did you review any of Magna's filings, court

Page 145

1  filings?
2    A   Not that I recall, no.

37 (Pages 142 to 145)

SEC-SASON-000029741

Page 146



20   Q   I mean, do you know any of the debt holders?
21 Do you know what the debts related to or were for?
22   A   I don't, no.
23   Q   Have you ever discussed particular debts that
24 were involved in the NewLead 3(a)(10)s with Mr. Manuel?
25   A   Never.

Page 147

1   Q   What about with Mr. Morris?
2   A   No.
3   Q   And what about with Mr. Ari Sason?
4   A   No.
5   Q   Have you ever had concerns about the legality
6 of any of the debts or notes that were part of the
7 NewLead 3(a)(10)s?
8   A   No, I haven't.
9   Q   Have you ever discussed whether or not any of
10 the debts that were part of the NewLead 3(a)(10)s were
11 created just so that Magna could purchase them?
12   A   Never discussed that, no.
13   Q   I know you said you didn't really interact with
14 anyone from NewLead, but have you met any of the NewLead
15 principals, the CEO, CFO, anyone like that?
16   A   There was one time where the CEO was in our
17 office, and I was walking out and I waved into the
18 conference room, and that was the extent of it.
19
20
21
22
23
24   Q   Have you ever met or spoken with any of the
25 debt holders or noteholders that were part of the NewLead

Page 148

1 3(a)(10)s?
2   A   Never.
3   Q   Are you familiar with the name Tony Sharma?
4   A   No.
5   Q   What about Pallas Holdings?
6   A   No.
7   Q   What about Perian Salviola?
8   A   No.
9   Q   What about Panormos Maritime?
10   A   No.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 149

38  (Pages 146 to 149)

SEC-SASON-000029742



Page 166

Page 167

16  Q   Did Magna ultimately enter into contracts with
17  the creditors of NewLead?
18  A   Yes.
19  Q   Did you sign those?
20  A   I did not, no.
21  Q   Who signed them?
22  A   I don't recall.
23  Q   But you're sure you didn't sign them; is that
24  right?
25  A   Personally, physically?  Correct.

Page 168

1      Q   Okay.  I'm trying to understand what you mean
2  by that.
3          Do you think there's a possibility that someone
4  else applied your electronic signature?
5      A   It's possible.
6      Q   Okay.  But you don't personally remember
7  affixing your personal signature to the contracts between
8  Magna and NewLead -- Magna and the various creditors?
9      A   No, I don't, correct.
10     Q   And you don't remember physically signing --
11  either physically signing or affixing your electronic
12  signature to those contracts?
13     A   Correct.

Page 169

43  (Pages 166 to 169)

SEC-SASON-000029747



Page 176

24    Q   Okay.  But just so the record is clear, do you
25  have a recollection of signing any purchase agreements in

Page 177

1  connection with any NewLead transactions?
2    A   I don't.

45 (Pages 174 to 177)

SEC-SASON-000029749



Page 186

1    Q   Were you involved in any of the discussions
2  concerning the remittance schedule for Pallas Holdings?
3    A   No.
4    Q   Is that your signature on behalf of Hanover
5  Holdings on the amendment on page 5203?
6    A   That's an E signature.
7    Q   So that's an electronic signature we were
8  talking about earlier?
9    A   Correct.
10   Q   Did you affix your electronic signature to this
11 amendment?
12   A   I wouldn't have, no.
13   Q   Who would have?
14   A   It could have been anybody on the equities team
15 at that point in time.

Page 188

1  have been effectively Marc Manuel, who would then have
2  ordered somebody else to do it.  I don't believe Marc was
3  physically doing it either from an electronic
4  perspective, but he would tell a member of the research
5  team, okay, you know, you could go forward and
6  electronically stamp it, or something like that.

Page 187

22   Q   Do you know who was authorized to affix your
23 electronic signature to this amendment in connection with
24 this NewLead 3(a)(10)?
25   A   Right.  That could have been -- well, it could

Page 189

48  (Pages 186 to 189)

SEC-SASON-000029752



Page 194

9   Q   Did you review the notes or sort of debts
10  related to any of those creditors?
11      A   No.

Page 196

Page 195

Page 197

50 (Pages 194 to 197)

SEC-SASON-000029754

Page 198

Page 200

Page 199

Page 201

9    Q   Paragraph 2 says, "Hanover owns bona fide
10   claims in the total amount of $44,822,523.85 against
11   defendant, NewLead Holdings.  NewLead, or defendant, for
12   nonpayment of past due debt arising from bona fide loans
13   made or services duly rendered to NewLead (collectively
14   the claim)."
15        Are those facts you had personal
16   knowledge of?
17   A   So, in reliance upon my team and counsel with
18   whom -- with whom I would rely upon for entering into
19   such an affidavit, yes.
20   Q   The reference to bona fide claims and bona fide
21   loans, what's the basis for that statement?
22   A   What's the basis in what sense?
23   Q   What's the basis for your statement that the
24   claims are bona fide?
25   A   The basis is the internal process we undertook

51 (Pages 198 to 201)



Page 202

1  and the assurance of counsel.
2      Q    Do you have any personal basis?
3      A    Have I done personal work on each of the
4  claims? No.
5      Q    On any of the claims?
6      A    No.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 204

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Did you have any negotiations yourself?
25      A    I had no negotiations directly with NewLead, if

Page 203

Page 205

1  that's the question.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

52  (Pages 202 to 205)

SEC-SASON-000029756



Page 218

Page 220

**What do you recall about that meeting?**

A   I recall he was sitting in a chair where he was -- the back he was sitting -- the back of the chair in front of him, and he -- you know what I mean?  Where the -- so he was sitting like the opposite way in the chair.

**Q   Okay.**

A   And I recall him being sort of a big, imposing guy, and I recall it was in a hotel room, and I recall something related to a diamond business in California and that he was discussing as another opportunity.

What else do I recall?  That's the extent of what I recall.

**Q   Was there any discussion about Lustros at that meeting?**

A   Not that I recall in that meeting.

**Q   Do you think the focus was on a separate sort of diamond business that he had?**

A   From what I recall, yes, that's the content of the conversation that I recall, yeah.

**Q   Did Magna ultimately invest in that diamond business?**

A   No.

**Q   What was the purpose of the meeting?  Like why did it happen?**

Page 219

Page 221

A   I believe -- well, it was a conference where there were a bunch of different meetings going on.  And Marc Manuel had set up the meeting which was actually, frankly, pretty casual.  I mean, it wasn't, you know, a note-taking type of meeting.  It was just a sort of get to know one another type of thing.  So that was the first and ultimately only time that I personally met him.

And that would happen from time to time where we would be at conferences and the team would introduce me to issuers and whatnot.  So it was more a high level, get to know each other type thing.

**Q   And when was this meeting, both maybe time of year and year?**

A   It was during the Stanley Cup finals, when the Rangers were in it, so that might have been June-ish.

What year?  When were they in the Cup?  I don't know.  Whenever they were in the Cup.  So probably four years ago.

**Q   2014?**

A   Yeah, four years ago, it could be right, yeah, around, that time.

**Q   Coming back to, I think, where we started on this, which is the meeting with Zirk at the Luxe Hotel.**

SEC-SASON-000029760



Page 222

```
14        Q   Anyone else on the Lustros side that you
15   interacted with either in person, on the phone, by
16   e-mail, other than Zirk?
17        A   Not that I recall, no.
18        Q   What was Zirk's role at Lustros?
19        A   The CEO.
20        Q   Okay.  Trish Malone, is that a name you've
21   heard before?
22        A   No.
23        Q   What about Gonzalo Troncoso?
24        A   No.
25        Q   Larry Zielke?
```

Page 223

```
1         A   Who?
2         Q   Larry Zielke?
3         A   No.
4         Q   Margaret Jameson?
5         A   No.
```

Page 224

Page 225

```
13        Q   What do you know about Walker River
14   Investments?
15        A   I don't know anything about them.
16        Q   Has Magna ever wired funds to Walker River?
17        A   Not that I can specifically recall, but if they
18   were the party via which the debt purchase was
19   consummated with, then it would appear that Magna would
20   have, yes.
21        Q   I guess, just looking at the memo, does Walker
22   River Investments appear to be the third party from whom
23   Magna was purchasing debt?
24        A   It does.
25        Q   What do you know about Margaret Jameson?
```

57 (Pages 222 to 225)

SEC-SASON-000029761



Page 226

1    A   I don't know anything about Margaret Jameson.
2    Q   Have you ever discussed Walker River or
3  Margaret Jameson with Mr. Manuel?
4    A   No.
5    Q   Have you ever discussed Walker River or
6  Margaret Jameson with Matt Turlip?
7    A   No.
8    Q   What about with your brother?
9    A   No.
10   Q   Was Margaret Jameson Zirk's assistant?
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 228

Page 227

1    Q   Do you know how Walker River used the funds
2  that Magna sent to it?
3    A   No, no.
4    Q   Have you discussed how Walker River was using
5  the funds that Magna sent to it with anyone at Magna?
6    A   I haven't, no.  That's not typical practice to
7  understand how the third party is using the funds.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 229

58  (Pages 226 to 229)

SEC-SASON-000029762


EXHIBIT
109
4/19/18  SM



**Due Diligence Package**

NewLead Holdings, Ltd.

Balance Sheet Enhancement Program

Pallas Holdings LLC

November 7, 2013

5 HANOVER SQUARE | NEW YORK, NY | 10004
p. 347.491.4240 | f. 646.737.9948

FOIA - Confidential Treatment Requested

MAGNA005189

## Table of Contents

**Debt Purchase Agreement** ................................................................................................................ 1

**Amendment to Exhibit C to Debt Purchase Agreement** ......................................................... 13

**Magna Group Internal Due Diligence Questionnaire** ............................................................. 14

**Appendices** ..................................................................................................................................

    Debt Holder Due Diligence Questionnaire ...................................................................... 16

    Certificate of Formation for Pallas Holdings LLC ......................................................... 17

    Promissory Note between NewLead and Pallas Holdings LLC ................................... 19

    Pallas Holdings LLC LexisNexis Business Report ........................................................ 22

    Perian Salviola LexisNexis Person Report ...................................................................... 27

**FOIA - Confidential Treatment Requested**

## DEBT PURCHASE AGREEMENT

This Debt Purchase Agreement (this "**Agreement**") is entered into effective as of November 4, 2013 (the "**Effective Date**") by and between Hanover Holdings I, LLC, a New York limited liability company (the "**Purchaser**"), and the creditor ascribed hereto (the "**Creditor**") and identified on the Transaction Summary attached hereto as <u>Schedule I</u> attached hereto (the "**Transaction Summary**"). The Creditor and the Purchaser are each sometimes referred to herein as a "**Party**" and, together, the "**Parties**".

## W I T N E S S E T H:

**WHEREAS,** the company named on the Transaction Summary attached hereto (the "**Company**") owes outstanding indebtedness to the Creditor in the total amount set forth on the Transaction Summary attached hereto (the "**Total Indebtedness**", and the amount thereof, the "**Total Indebtedness Amount**"); and

**WHEREAS,** the Purchaser desires to purchase, and the Creditor desires to sell, each of (i) that portion of the Creditor's Total Indebtedness Amount equal to the purchased debt amount as set forth in the Transaction Summary attached hereto (the "**Purchased Debt Amount**") and (ii) all rights to receive any cash, interest, fees, expenses, damages penalties and/or other amounts in respect of or in connection with such Purchased Debt Amount of the Total Indebtedness (collectively, the "**Distributions**") and each of the documents, agreements, bills and/or other instruments (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way such Purchased Debt Amount of the Total Indebtedness, including, without limitation, any distributions made by the Company in respect of such Purchased Debt Amount of the Total Indebtedness (all of the foregoing, collectively, the "**Purchased Debt**").

**NOW, THEREFORE,** in consideration of the premises and the mutual covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto hereby agree as follows:

1.      Purchase and Sale. Effective as of the Effective Date, the Purchaser hereby purchases from the Creditor, and the Creditor hereby sells, transfers, conveys and assigns to the Purchaser, for the consideration set forth herein, all right, title and interest of the Creditor in and to the Purchased Debt (including, without limitation, the right to bring legal action against the Company with respect to the Purchased Debt), with Creditor retaining that portion of the Creditor's Total Indebtedness Amount equal to the remaining debt amount as set forth in the Transaction Summary attached hereto (the "**Remaining Debt Amount**").

2.      Court Approval. As soon as practicable after the Effective Date, the Purchaser shall file an action ("**Action**") against the Company in a U.S federal or state court of competent jurisdiction (the "**Court**") for collection of the Purchased Debt. Promptly after the Action is commenced, the Purchaser shall seek to settle the Action on terms acceptable to the Purchaser in its sole discretion and, by appropriate motion or other pleading, shall seek approval from the Court of such settlement.

*NY 242800224v1*

1

Page 1 of 87

**FOIA - Confidential Treatment Requested**                    **MAGNA005191**

SEC-SASON-000028281

3.      <u>Payment of Purchase Price; Future Distributions</u>.  The total purchase price for the Purchased Debt is $6,000,000.00 (the "**Purchase Price**") and shall be paid by the Purchaser to the Creditor in cash, by wire transfer of immediately available funds in accordance with the wire transfer instructions for the Creditor set forth in an attachment hereto, pursuant to Exhibit C, provided ongoing compliance with all terms set forth in a stipulation of settlement of the Purchased Debt between the Purchaser and the Company ("**Settlement Agreement**") approved by an order of the Court ("**Court Approval**"), including, without limitation, the timely receipt by the Purchaser of all shares of common stock of the Company, if any, to be issued to the Purchaser pursuant to the Settlement Agreement (including all shares of common stock of the Company, if any, issuable pursuant to all adjustment or "true-up" provisions set forth in the Settlement Agreement) in the manner set forth in and in full compliance with the Settlement Agreement and the Court Approval following entry of the Court Approval.  If the Creditor shall hereafter receive any Distributions or any notices or other documents on account of or with respect to the Purchased Debt, the Creditor shall accept and hold the same on behalf of and in trust for the Purchaser and shall use its best efforts to deliver the same forthwith to the Purchaser in the same form received with the endorsement of the Creditor (without recourse) where necessary or appropriate within five (5) business days.  The Creditor acknowledges and agrees that all Distributions are the property of the Purchaser.

4.      <u>Termination</u>.  If Court Approval has not occurred on or prior to _____, 2013,[6] either the Purchaser or the Creditor shall have the right to terminate and cancel this Agreement by providing written notice of termination to the other party and the Company at any time after such date and prior to Court Approval.  If termination is so effected, (i) this Agreement shall be deemed void *ab initio* and of no further force or effect, (ii) no sale or assignment of the Purchased Debt shall have occurred or be deemed to have occurred, (iii) the Creditor shall return to the Purchaser the full amount of the Purchase Price previously paid by the Purchaser to the Creditor in accordance with Section 3 above in cash, by wire transfer of immediately available funds in accordance with the wire transfer instructions for the Purchaser to be provided, not later than the second (2nd) business day after such termination, and (iv) the Purchaser shall dismiss the Action.

5.      <u>Representations, Warranties and Covenants</u>.  The Creditor hereby represents, warrants and covenants to the Purchaser as follows as of the Effective Date:

(a)      The Purchased Debt is a bona fide outstanding claim against the Company, and is an enforceable obligation against the Company arising in the ordinary course of business, for money either (x) loaned to the Company by the Creditor or (y) due and payable to the Creditor for services rendered pursuant to a written agreement, by and between the Creditor and the Company (and/or one or more of its subsidiaries), in each case, in good faith.  The Purchased Debt is currently due and owing and is payable in full.  The Creditor did not enter into the transaction giving rise to the Purchased Debt in contemplation of any sale or distribution of any securities of the Company.

(b)      The documents attached hereto are true, correct and complete copies of all documentation underlying the Purchased Debt.  The Purchased Debt is not subject to dispute and the Company is unconditionally obligated to pay the full Purchased Debt Amount without defense,

---

[6] 90 days after Effective Date.

*NY 242800224v1*

2

**FOIA - Confidential Treatment Requested**                    **MAGNA005192**

SEC-SASON-000028282

counterclaim or offset. To the knowledge of the Creditor, the Company's failure to pay is due solely and exclusively to financial inability.

(c)     The Creditor is the sole owner of the Purchased Debt, free and clear of all security interests, liens, pledges, claims (pending or threatened), charges, escrows, encumbrances, lock-up arrangements, options, rights of first offer or refusal, community property rights, mortgages, indentures, security agreements or other agreements, arrangements, contracts, commitments, understandings or obligations, whether written or oral and whether or not relating in any way to credit or the borrowing of money (collectively, the "**Liens**"). The Creditor has not previously sold, transferred, encumbered or released any part of the Purchased Debt. The purchase and sale of the Purchased Debt as contemplated herein will (i) pass good and marketable title to the Purchased Debt to the Purchaser, free and clear of all Liens, and (ii) convey, free and clear of all Liens, any and all rights and benefits incident to the ownership of such Purchased Debt.  There has been no modification, compromise, forbearance, or waiver entered into or given with respect to the Purchased Debt. There is no action based on the Purchased Debt that is currently pending in any court or other legal venue and no judgments based upon the Purchased Debt have been previously entered in any legal proceeding.

(d)     There are no taxes due, payable or withholdable as an incident of the Creditor's provision of services; no taxes will be due, payable or withholdable as a result of settlement of the Purchased Debt; and the Creditor will at all times promptly withhold (if applicable) and pay when due any federal, state, local and/or foreign taxes due as a result of payment of the Purchase Price.

(e)     The Creditor has all necessary power and authority to (i) execute, deliver and perform all of its obligations under this Agreement, and (ii) sell, convey, transfer and assign the Purchased Debt to the Purchaser. The Creditor has such knowledge and experience in business and financial matters that it is able to protect its own interests and evaluate the risks and benefits of entering into this Agreement. The Creditor acknowledges and agrees that it has had an opportunity to conduct its own due diligence and consult with its own legal counsel, and tax, financial and other advisors, and that the Creditor is not relying in that regard on the Purchaser. The Creditor acknowledges that the Purchaser is not making any representations or warranties whatsoever, including, without limitation, about the Company.

(f)     The Creditor is an entity duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization with full right, corporate, partnership or other applicable power and authority to enter into and to consummate the transactions contemplated by this Agreement and otherwise to carry out its obligations hereunder. The execution, delivery and performance of this Agreement by the Creditor have been duly authorized by all requisite action on the part of the Creditor. This Agreement has been duly executed and delivered by the Creditor and constitutes the legal, valid and binding obligation of the Creditor, enforceable against the Creditor in accordance with its terms, except as may be limited by applicable bankruptcy, insolvency or similar laws affecting creditors' rights generally or the availability of equitable remedies.

(g)     The Creditor is not and within the past 90 days has not been (i) an employee, officer, director or direct or indirect beneficial owner of more than ten percent (10%) of any class of equity security of the Company, (ii) directly or indirectly through one or more intermediaries in

*NY 242800224v1*

3

FOIA - Confidential Treatment Requested                              **MAGNA005193**

SEC-SASON-000028283

control, controlled by or under common control with the Company, and (iii) is not otherwise an "affiliate" of the Company (as defined in Rule 144 under the Securities Act of 1933, as amended). For purposes of this paragraph, the "Creditor" includes any person that would be included with the Creditor for purposes of Rule 144(a)(2).

(b)     The execution and delivery of this Agreement by the Creditor and the performance of all of its obligations hereunder (i) do not and will not violate, conflict with, breach, or constitute a default under, any material contract, agreement or commitment binding upon such Creditor, and (ii) do not and will not conflict with or violate any applicable law, rule, regulation, judgment, order or decree of any court or other government authority having jurisdiction over such Creditor or the Purchased Debt.

(i)     There is no action, suit, inquiry, notice of violation, proceeding or investigation pending or, to the knowledge of the Creditor, threatened, against or affecting the Creditor or any of its assets before or by any court, arbitrator, governmental or administrative agency, or regulatory authority that adversely affects or challenges the legality, validity or enforceability of, or that could have or reasonably be expected to result in a material adverse effect on this Agreement or the Purchased Debt.

(j)     The Creditor is not, directly or indirectly, providing any consideration to or investing in any manner in, and will not at any time in the future provide any consideration or investment to, the Company, any affiliate of the Company, or any other person for or in connection with entering into this Agreement or selling the Purchased Debt.

(k)     The Creditor is not, directly or indirectly, receiving any consideration from or being compensated in any manner by, and will not at any time in the future accept any consideration or compensation from, the Company, any affiliate of the Company, or any other person (except the Purchaser pursuant to this Agreement) for or in connection with entering into this Agreement or selling the Purchased Debt.

(l)     The Creditor is not under the jurisdiction of a court in a Title 11 or similar case (within the meaning of Section 368(a)(3)(A) (or related provisions) of the United States Bankruptcy Code, 11 U.S.C. Section 101 et seq., as amended from time to time) or involved in any insolvency proceeding or reorganization.

(m)     The Creditor is not selling the Purchased Debt "on the basis of" (as defined in Rule 10b5-1 of the Securities Exchange Act of 1934, as amended) any material, non-public information concerning the Company or any of the Company's securities.

(n)     The Creditor will immediately advise the Purchaser if any of the foregoing representations and warranties ceases to be true and correct at any time up to the time of the Court Approval.

6.     Cooperation. The Creditor will furnish the Purchaser with all documentation and evidence supporting the Purchased Debt, and reasonably cooperate in providing any other information and taking any other action that the Purchaser deems necessary or appropriate to prosecute the action to collect the Purchased Debt. Upon the Purchaser's reasonable request, the Creditor shall duly execute and deliver, or shall cause to be duly executed and delivered, to the

NY 242800224v1

4

FOIA - Confidential Treatment Requested                                    MAGNA005194

SEC-SASON-000028284

Purchaser such further instruments and do and cause to be done such further acts as may be necessary or proper in the opinion of the Purchaser to effectuate the intent and purpose of, and to carry out the terms of, this Agreement, and to cause the Purchaser to become the legal and beneficial owner of the Purchased Debt.

7.      Attorney-in-Fact. The Creditor hereby irrevocably appoints the Purchaser as its true and lawful attorney-in-fact with respect to the Purchased Debt and authorizes the Purchaser to act in the Creditor's name, place and stead, to demand, sue for, compromise and recover all such sums of money which are, or may hereafter become due and payable for, or on account of the Purchased Debt herein purchased by the Purchaser. The Creditor hereby grants unto the Purchaser full authority to do all things necessary to enforce the Purchased Debt and any rights thereunder. The Creditor agrees that the powers granted by this paragraph to the Purchaser are discretionary in nature and exercisable at the sole option of the Purchaser. The Purchaser shall have no obligation to, prove, defend or take any affirmative action with respect to providing the validity of the Purchased Debt or the Total Indebtedness.

8.      Indemnification. The Creditor agrees to indemnify and hold the Purchaser and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs expenses and liabilities, including without limitation, reasonable attorneys' fees and expenses, which result from (i) any act or omission by the Creditor in connection with or in any way related to the Purchased Debt, (ii) the Creditor's breach of any of the Creditor's representations, warranties, covenants or agreements set forth herein or (iii) any obligation of the Creditor or the Purchaser to disgorge, in whole or in part, or otherwise reimburse (by setoff or otherwise) the Company or any other person or entity for any payments, distributions, property, setoffs or recoupments received, applied or effected by or for the account of the Creditor under or in connection with the Purchased Debt.

9.      Fees and Expenses. The Creditor shall pay the fees and expenses of its advisers, counsel, accountants and other experts, if any, and all other expenses incurred by such party incident to the negotiation, preparation, execution, delivery and performance of this Agreement. The Creditor understands that the Purchaser shall not be liable for any commissions, selling expenses, orders, purchases, contracts, taxes, withholding, or obligations of any kind resulting from any of the Creditor's transactions or arising out of settlement of the Purchased Debt. The Creditor agrees to indemnify, defend and hold the Purchaser and its affiliates harmless with respect to the foregoing and all other obligations of the Creditor incident to this Agreement.

10.     Choice of Law. This Agreement shall be governed by and construed according to the laws of the State of New York, without giving effect to its choice of law principles. The Parties agree that all actions and proceedings arising out of or relating directly or indirectly to this Agreement or any ancillary agreement or any other related obligations shall be litigated solely and exclusively in the state or federal courts located in the City of New York, New York, and that such courts are convenient forums. Each Party hereby submits to the personal jurisdiction of such courts for purposes of any such actions or proceedings.

11.     Limitation of Damages. Each of the Parties hereby waives any right which it may have to claim or recover any incidental, special, exemplary, punitive or consequential damages or any damages other than, or in addition to, actual damages. The Purchaser shall have the right, in the

FOIA - Confidential Treatment Requested                                           MAGNA005195

SEC-SASON-000028285

Case 1:19-cv-01459-LAP   Document 147-1   Filed 06/17/22   Page 24 of 107
To: 18467578948   From: 15617568992   Date: 11/04/13   Time: 9:06 AM   Page: 06

Nov 04 13 12:36p        Perlan                                          5617568992                    p.6

Purchaser's sole discretion, to determine which rights, liens, security interests or remedies the Purchaser may at any time pursue, relinquish, subordinate, or modify or to take any other action and incur any costs or expenses with respect thereto and such determination will not in any way modify or affect any of the Purchaser's rights hereunder. The Purchaser shall have no liability hereunder for any delay in or failure to obtain Court Approval, or for any other causes beyond Purchaser's control. Any liability of the Purchaser for any breach or default hereunder shall be limited to a return of the Purchased Debt to the Creditor.

12.     Notices. All notices and other communications shall be in writing and shall be provided to the recipient Party to the addresses set forth on the page following the signature page hereof. All notices and communications shall be deemed made and effective as follows: (i) if transmitted for overnight delivery via a nationally recognized delivery service, the first business day after being delivered by the transmitting Party to such overnight delivery service, (ii) if faxed, when transmitted in legible form by facsimile machine to the recipient Party's correct facsimile machine number, (iii) if by e-mail, when transmitted by e-mail, or (iv) if mailed via regular U.S. mail, upon delivery. Any Party may designate a superseding notice contact name, street address, e-mail address or fax number by providing the other Parties with written notice pursuant to the provisions hereof.

13.     Amendments and Waivers. No provision of this Agreement may be waived or amended except in a written instrument signed, in the case of an amendment, by the Parties, or, in the case of a waiver, by the Party against whom enforcement of such waiver is sought. No waiver of any default shall be deemed to be a continuing or a waiver of any subsequent default or a waiver of any other provision, condition or requirement hereof, nor shall any delay or omission of any Party to exercise any right hereunder in any manner impair the exercise of any such right.

14.     Construction; Survival. The headings herein are for convenience only, do not constitute a part of this Agreement and shall not be deemed to limit or affect any of the provisions hereof. The language used in this Agreement will be deemed to be the language chosen by the Parties to express their mutual intent, and no rules of strict construction will be applied against any Party. The representations and warranties contained herein shall survive the closing of the transactions contemplated herein and the assignment of the Purchased Debt.

15.     Confidentiality. Each of the Parties hereby agrees, without the prior written consent of the other, to not disclose, and to otherwise keep confidential, the sale of the Purchased Debt contemplated hereby, except to the extent that disclosure thereof is required by law, rule or regulation or requested by regulator; provided, however, that each of the Parties may disclose information regarding such sale to their respective accountants, attorneys, limited partners, shareholders and other interest holders.

16.     Successors and Assigns; No Third Party Beneficiaries. The Purchaser may assign this Agreement or any rights or obligations hereof to any entity in which the Purchaser holds equity interests without the prior consent of the Creditor; provided that such entity shall assume all of the rights and obligations of the Purchaser hereunder that have been so assigned simultaneously with such assignment. This Agreement is intended for the benefit of the Creditor and the Purchaser and their respective successors and permitted assigns and is not for the benefit of, nor may any provision hereof be enforced by, any other person.

*NY 242800224v1*

6

Page 6 of 87

**FOIA - Confidential Treatment Requested**                                      **MAGNA005196**

SEC-SASON-000028286

17.    <u>Entire Agreement</u>.  This Agreement, together with the exhibits hereto, contains the entire agreement and understanding of the Parties, and supersedes all prior and contemporaneous agreements, term sheets, letters, discussions, communications and understandings, both oral and written, concerning the sale, transfer, conveyance and assignment of the Purchased Debt, which the Parties acknowledge have been merged into this Agreement.

18.    <u>Signature</u>.  This Agreement may be executed in counterparts and by facsimile, pdf or other electronic means, each of which shall constitute an original and all of which when taken together shall constitute one document.

IN WITNESS WHEREOF, the parties hereto have caused this Debt Purchase Agreement to be duly executed, to be effective as of the Effective Date set forth above.

Dated as of November 4, 2013:                     Dated as of _____, 2013:

**CREDITOR:**                                     **PURCHASER**

PALLAS HOLDINGS LLC                               HANOVER HOLDINGS I, LLC

By: _____                       By: _____
Name: Perian Salviola                                 Name:
Title: manager                                        Title:

Type of Entity: LLC

State or Jurisdiction of Formation:
Delaware

EIN or other Tax ID No:
90-0576333

**FOIA - Confidential Treatment Requested**                    MAGNA005197

SEC-SASON-000028287

Nov 04 13 12:37p          Perian                                    561768992          p.8

Addresses for Notice
Wire Transfer Information

If to Purchaser:

Hanover Holdings I, LLC
c/o Magna Group
5 Hanover Square
New York, NY 10004
Telephone: (347) 491-4240
Facsimile: (646) 737-9948
Attention:  Marc Manuel

with a copy (which shall not constitute notice) to:

Greenberg Traurig, LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
Attention:  Anthony J. Marsico, Esq.
Fax No.: (212) 805-9362
Email:  marsicoa@gtlaw.com

If to Creditor:
Name:        Pallas Holdings, LLC

Address:      555 S. Federal highway
              #300
              Boca Raton, FL 33432

Attention:    Perian Salviola

Phone:        (561)674 6063
Fax:          (561)756 8993
Email:        psalviola@yahoo.com

Wire transfer instructions for Creditor:
Bank:  Chase
ABA No.:  021000021
Account No.:  881459317

*NY 242800224v1*

Page 8 of 87

**FOIA - Confidential Treatment Requested**                      **MAGNA005198**

SEC-SASON-000028288

Case 1:19-cv-01459-LAP Document 147-1 Filed 06/17/22 Page 27 of 107
To: 18467599948    From: 15617568999    Date: 11/04/13    Time: 9:06 AM  Page: 09

Nov 04 13 12:37p        Perian                           5617568992                    p.9

**Schedule I**

**Transaction Summary**

Company Name: NewLead Holdings Limited, a Bermuda corporation

Creditor Name: PALLAS HOLDINGS LLC

Total Indebtedness Amount: <u>$6,000,000.00 USD</u> (Amount of Total Indebtedness payable from Company to Creditor)

Purchased Debt Amount: <u>$6,000,000.00 USD</u> (Amount of Total Indebtedness to be sold hereunder)

Remaining Debt Amount: <u>$0.00 USD</u> (Amount of Total Indebtedness not being sold hereunder)

Purchase Price: <u>$6,000,000.00 USD</u> (Purchase Price of Purchased Debt)

Documentation of Debt (complete copies of all documentation attached):

        [   ]   Written contract(s) attached as <u>Exhibit A</u>
        [   ]   Invoice(s) attached as <u>Exhibit B</u>

*NY 242800224v1*

**FOIA - Confidential Treatment Requested**                                                    **MAGNA005199**

SEC-SASON-000028289

Case 1:19-cv-01459-LAP   Document 147-1   Filed 06/17/22   Page 28 of 107

## Exhibit A

## Written Contract(s)

(see attached)

.

*NY 242800224v1*

**FOIA - Confidential Treatment Requested**                    **MAGNA005200**

SEC-SASON-000028290

To: 18467579948   From: 15617568999   Date: 11/04/13   Time: 9:06 AM   Page: 11
Nov 04 13 12:37p        Perian                              5617568992                    p.11

**Exhibit B**

**Invoice(s)**

*NY 242600224v1*

**FOIA - Confidential Treatment Requested**                    **MAGNA005201**

SEC-SASON-000028291

To: 16467579948   From: 15617568995   Date: 11/04/13   Time: 9:06 AM   Page: 12
Nov 04 13 12:37p        Perian                                    5617568992                        p.12

Exhibit C. Remittance Schedule

| Payment Date | Additional Amount Remitted |
|---|---|
| Effective Date (November 15, 2013) | $3,000,000 |
| + 90 Days | $333,333 |
| +120 Days | $333,333 |
| +150 Days | $333,333 |
| +180 Days | $333,333 |
| +210 Days | $333,333 |
| +240 Days | $333,333 |
| +270 Days | $333,333 |
| +300 Days | $333,333 |
| +330 Days | $333,336 |
| Total | $6,000,000 |

FOIA - Confidential Treatment Requested                              MAGNA005202

SEC-SASON-000028292

## Amendment to Exhibit C

Exhibit C. Remittance Schedule

| Payment Date | Additional Amount Remitted |
|---|---|
| November 14, 2013 | $750,000 |
| Court Approval ı 3 Trading Days | $2,250,000 |
| Court Approval + 60 Days | $750,000 |
| Court Approval + 90 Days | $750,000 |
| Court Approval ı 120 Days | $750,000 |
| Court Approval + 150 Days | $750,000 |
| Total | $6,000,000 |

The above Exhibit C. Remittance Schedule to the Debt Purchase Agreement between the Creditor and the Purchaser fully supersedes any previous Exhibit C.

Acknowledged:

Dated as of Nov 11 , 2013:

Dated as of _____ , 2013:

**CREDITOR:**

**PURCHASER**

PALLAS HOLDINGS LLC

HANOVER HOLDINGS I, LLC

By: _____

By: _____

Name: Perian Salviola

Name:

Title: manager

Title:

Page 13 of 87

**FOIA - Confidential Treatment Requested**

**MAGNA005203**

SEC-SASON-000028293

**INTERNAL DUE DILIGENCE QUESTIONAIRE**

| Prepared By | Andrew Reggev | Date Updated | 11/6/13 |
|---|---|---|---|
| Final Approvals | Research: MT | | |

| Summary |
|---|
| • Purchasing $6,000,000 of debt from Pallas Holdings, LLC. The debt was issued on September 26, 2013 as a part of NewLead's acquisition of the Viking Acquisition Group, LLC which includes the Viking Wash Plant <br> • The company sent back all requested diligence items, as detailed below. <br> • We did not find any adverse results when conducting our own diligence on the entity and related individuals, as recorded below. We have received a certificate of formation on the entity, and we were able to confirm officer information via LexisNexis. <br> • We have received an executed Debt Purchase Agreement for the transaction. <br> • We recommend this debt purchase. |

| GENERAL INFORMATION | |
|---|---|
| Name of Company | Pallas Holdings, LLC |
| Description of Deal with NEWL | On September 26, 2013 Pallas Holdings LLC issued NewLead a $6,000,000 Promissory Note. <br><br> The note was to have a balloon payment on October 21, 2013. <br><br> In exchange for the note, Pallas agreed to transfer all right, title, and interest to Viking Acquisition Group, LLC, which includes the Viking Wash Plant. |
| Transaction Type | BSEP DPA under NEWL 3 |
| Transaction Size | Total of $6,000,000 in debt assigned. |
| List of Any Parties Interfaced (*all must be diligenced) | Perian Salviola |
| Do we have all due diligence items from the Debt Holder? | We currently have: <br> • DD Questionnaire <br> • Certificate of Formation <br> • Promissory Note |

1

**FOIA - Confidential Treatment Requested**

MAGNA005204

SEC-SASON-000028294

| THIRD PARTY BACKGROUND CHECK | |
|---|---|
| What are the names of the individuals and/or firms that are holding the debt or shares we are purchasing? | Pallas Holdings, LLC |

### THIRD PARTY ONE (Pallas Holdings, LLC)

**Firm Google Searches**
Fraud (Link): No material adverse results
Scam (Link): No material adverse results
Stock Scam (Link): No material adverse results
Litigation (Link): No material adverse results
Investigation (Link): No material adverse results
Lawsuit (Link): No material adverse results
SEC Investigation (Link): No material adverse results
SEC (Link): No material adverse results

**Executive Google Searches**
Perian Salviola:
    Fraud (Link): No material adverse results
    Scam (Link): No material adverse results
    Stock Scam (Link): Perian is named in an article involving Mr. Tony Sharma, but there does not appear to be any direct linkage between the two
    Litigation (Link): No material adverse results
    Investigation (Link): No material adverse results
    Lawsuit (Link): No material adverse results
    SEC Investigation (Link): No material adverse results
    SEC (Link): No material adverse results

**Pacer Search (Link) (Link)**
No matching cases to the entity or individual

**LexisNexis Search (Link) (Link)**
Able to match Perian to a profile on Lexisnexis, no material results found. 3 outside, vehicle related charges (speeding).

**Social Media Background Check (Link)**
No profiles found

**SEC Records Search**
Fraud: No material adverse results
Scam: No material adverse results
Stock Scam: No material adverse results
Litigation: No material adverse results
Investigation: No material adverse results
Lawsuit: No material adverse results

2

Page 15 of 87

FOIA - Confidential Treatment Requested

MAGNA005205

SEC-SASON-000028295

*11/6/2013*                                                    **Magna Group, LLC**

### 3(a)(10) Due Diligence Requests

| | **DEBT HOLDER DUE DILIGENCE REQUESTS** | **Responses** |
|---|---|---|
| 1 | What is the balance of the Liability(s) being purchased? | 6,000,000 |
| 2 | *Third Party debt holder Information:* | |
| | ·    Contact Info for Signor: Name, address, phone number, and    email address | Perian Salviola; 555 S Federal Highway #300 Boca Raton, FL 33432 561-674-6063; psalviola@yahoo.com |
| | ·    Consent to a background check | Yes |
| | ·    Is the third party an affiliate or non-affiliate as defined by the SEC? | no |
| | ·    A government document linking Individual signing off on to the company they are representing (i.e.: Incumbency Certificate, Tax Return, Board  Resolution) | Attached |
| 3 | Will wire be sent to a Bank Account in the Third Party's exact name?  If no, additional due dilligence shall be required. | Yes,Pallas Holdings, LLC |

*\*\*Please be advised that this is only a preliminary list and more requests may be required pending the preliminary information provided.*

**FOIA - Confidential Treatment Requested**                    **MAGNA005206**

SEC-SASON-000028296

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:41 PM 05/05/2010*
*FILED 01:39 PM 05/05/2010*
*SRV 100465157 - 4819932 FILE*

CERTIFICATE OF FORMATION
FOR
PALLAS HOLDINGS, LLC,
a Delaware Limited Liability Company

ARTICLE I
Name

The name of this limited liability company is PALLAS HOLDINGS, LLC (the "Company").

ARTICLE II
Business Purpose

The purpose of the Company is to engage in any lawful activities for which a limited liability company may be organized under Delaware Code, Title 6, Chapter 18, Limited Liability Company Act, as amended.

ARTICLE III
Address

The mailing address and street address of the principal office of the Company is 595 S. Federal Highway, Suite 600, Boca Raton, Florida 33432.

ARTICLE IV
Duration

The Company shall exist until December 31, 2025, unless terminated or dissolved sooner in accordance with the Company's Operating Agreement.

ARTICLE V
Registered Office and Agent

The address of the Company's registered office in the State of Delaware is 615 South DuPont Highway, Dover, Delaware 19901. The name of its Registered Agent at such address is CorpDirect Agents, Inc.

IN WITNESS WHEREOF, the undersigned, being an authorized person, has executed this Certificate of Formation, on this 5 day of May, 2010.

By: _____
BRIAN SALVIOLA, Authorized Person

FOIA - Confidential Treatment Requested

MAGNA005207

SEC-SASON-000028297

State of FLORIDA          )
                          ) ss:
County of PALM BEACH      )

The foregoing instrument was acknowledged before me this 5th day of May, 2010, by PERIAN SALVIOLA, Authorized Person, who [  ] is personally known to me or [ √ ] has produced _Florida Driver's License_____ as identification.

                              _Meryl L. Roberts_____
                              Notary Public, State of Florida
MERYL L. ROBERTS            Print Name: Meryl L. Roberts
NOTARY PUBLIC - STATE OF FLORIDA   My Commission Expires: 1/2/2012
COMMISSION # DD745399
EXPIRES 1/2/2012
BONDED THRU 1-888-NOTARY1

T:\Wp&es\CORP\SALVIOLA\Articles of Organization (Certificate of Formation)- Delaware-v2.doc

- 2 -

Page 18 of 87

**FOIA - Confidential Treatment Requested**

SEC-SASON-000028298

## PROMISSORY NOTE

$6,000,000.00                                                            September 26, 2013

FOR VALUE RECEIVED, Newlead Holdings, LTD., a company organized in Bermuda (the "**Maker**"), hereby promises to pay to the order of Pallas Holdings, LLC, with an address at 555 S. Federal Highway, Suite 380, Boca Raton, FL 33432, and any subsequent successors or assigns as holders of this Note (the "**Holder**" or "**Holders**") in the manner hereinafter provided, the principal sum of Six Million Dollars ($6,000,000.00) together without interest on the outstanding principal balance from this date until balloon payment of all funds on this Note paid October 21, 2013 (the "**Payment Date**") in accordance with the provisions hereinafter set forth.

1.      Payment of Principal.  Principal hereunder shall be payable in its entirety on the Payment Date, in exchange for transfer of all of Holder's right, title and interest under, in and to the Ownership Interests in Viking Acquisition Group, LLC, a Kentucky limited liability company ("VAG" or "Company") described on the unit purchase agreement (the "**Purchase Agreement**") attached hereto as Exhibit A under the terms and conditions described in this agreement and subject to due diligence confirming the character of the rights transferred under the Purchase Agreement.

2.      Payment Information.  Payment shall be made on the Payment Date into an account specified by the Holder.

3.      Events of Default.  An "**Event of Default**" shall exist under this Note in the event Maker shall fail to make the payment due under this Note where the Holder is offering to sell the Company on this Payment Date and the contingencies of Paragraph 1 have not been met.

4.      Payment of Taxes and Expenses.  Holder agrees to pay all its taxes owed when payment is made under this Note.

5.      Maker's Covenants.  Maker agrees that (a) the obligation evidenced by this Note is an exempted transaction under the Truth-in-Lending Act, 15.U.S.C § 1601, et seq. (1982); and (b) said obligation constitutes a business loan for the purpose of the application of any laws that distinguish between consumer loans and business loans and that have as their purpose the protection of consumers in the state in which the Property (as herein defined) is located.

12.     Severability.  The parties hereto intend and believe that each provision of this Note comports with all applicable local, state and federal laws and judicial decisions.  However, if any provision or any portion of any provision contained in this Note is held by a court of law to be invalid, illegal, unlawful, void or unenforceable as written in any respect, then it is the intent of all parties hereto that such portion or provision shall be given force to the fullest possible extent that it is legal, valid and enforceable, that the remainder of the Note shall be construed as if such illegal, invalid, unlawful, void or unenforceable portion or provision was not contained therein, and that the

‐ 1 ‐

Page 19 of 87

FOIA - Confidential Treatment Requested

MAGNA005209

SEC-SASON-000028299

rights, obligations and interests of Maker and Holder under the remainder of this Note shall continue in full force and effect.

16. Extension. This Note, or any payment hereunder, may be extended from time to time by agreement in writing between Maker and Holder without in any other way affecting the liability and obligations of Maker and Maker Parties, if any.

19. Notices. All notices or other communications under this Note shall be given to the Maker and to the Holder.

20. Governing Law. THIS NOTE SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF DELAWARE GIVING EFFECT TO THE CONFLICT OF LAWS PRINCIPLES THEREOF. IN ANY LITIGATION IN CONNECTION WITH OR TO ENFORCE THIS NOTE, THE MAKER HEREBY IRREVOCABLY CONSENTS AND CONFERS PERSONAL JURISDICTION ON THE STATE COURTS OF DELAWARE OR ON THE UNITED STATES DISTRICT COURT OR THE UNITED STATES BANKRUPTCY COURT FOR THE DELAWARE DISTRICT.

21. Waiver of Jury Trial. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE PARTIES HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, SUIT OR PROCEEDING THAT RELATES TO OR ARISES OUT OF THIS NOTE OR THE ACTS OR FAILURE TO ACT OF OR BY HOLDER IN THE ENFORCEMENT OF ANY OF THE TERMS OR PROVISIONS OF THIS NOTE.

23. No Oral Modification. This Note may not be modified or discharged orally, but only by an agreement in writing signed by the party against whom enforcement or any waiver, modification or discharge is sought.

24. Time. Time is of the essence with regard to the performance of the obligations of Maker in this Note and each and every term, covenant and condition herein by or applicable to Maker.

25. Captions. The captions and headings of the paragraphs of this Note are for convenience only and are not to be used to interpret, define or limit the provisions hereof.

28. Limitation on Recourse.

The recourse of Holder under this note SHALL BECOME NULL AND VOID and shall be of no further force and effect in the event of:

(1) Fraud or misrepresentation, whether affirmative or by omission, of a material fact by Holder or any principals of Holder in connection with this Note or the other documents related to transfer of the Company; or

- 2 -

FOIA - Confidential Treatment Requested                    MAGNA005210

SEC-SASON-000028300

(2)    Holder's default or violation of the documents enabling Maker's purchase of the Company; or

(3)    if the Company or any part thereof shall become an asset in a voluntary bankruptcy or insolvency proceeding.

29.    Exhibits. Exhibit A attached hereto is incorporated herein by reference.


**IN WITNESS WHEREOF**, Maker has caused this Promissory Note to be executed under seal on the date first above written.

MAKER: NEWLEAD HOLDINGS, LTD

By: _____
Name: _Michael  Zolotas_
Title: _Chairman  &  CEO_

- 3 -

FOIA - Confidential Treatment Requested

MAGNA005211

SEC-SASON-000028301

Business Report

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2013 LexisNexis
All Rights Reserved.
Results generated on: 11/5/2013 - 8:03 PM EST

| Name Variations/DBAs (2) | Phone Summary (1) | Addresses (5) | Profile Information (0) |
|---|---|---|---|
| Sales Information (0) | Parent Company (0) | Executives (0) | Registered Agents (0) |
| Industry Information (0) | Company ID Numbers (0) | Internet Domains (0) | Bankruptcies (0) |
| Judgments and Liens (1) | UCC Liens (0) | Real Property (0) | Motor Vehicles (0) |
| Watercrafts (0) | Aircrafts (0) | Professional Licenses (0) | Foreclosures (0) |
| Notice Of Defaults (0) | Business Associates (28) | Person Associates (0) | Sources (11) |

### Subject Summary

| Name | Address | Phone | County/FIPS |
|---|---|---|---|
| PALLAS HOLDING LLC | 555 S FEDERAL HWY<br>BOCA RATON, FL 33432-5505 | (561) 756-8992 | |

### Name Variations/DBAs - 2 records found

| # | Name Variations |
|---|---|
| 1. | PALLAS HOLDING LIC |
| 2. | PALLAS HOLDINGS LLC |

### Phone Summary - 1 records found

| # | Telephone Number |
|---|---|
| 1. | (561) 756-8992 |

### Addresses - 5 records found

| # | Address | Dates | County | MSA |
|---|---|---|---|---|
| 1. | 555 S FEDERAL HWY 300<br>BOCA RATON, FL 33432 | 8/2013 | PALM BEACH | West Palm Beach-Boca Raton, FL - 8960 |
| 2. | 555 S FEDERAL HWY<br>BOCA RATON, FL 33432 | 9/20/2013 | PALM BEACH | West Palm Beach-Boca Raton, FL - 8960 |
| 3. | 555 S FEDERAL HWY 200<br>BOCA RATON, FL 33432 | 3/1/2013 | | - |
| 4. | S FEDERAL HWY<br>BOCA RATON, FL 33432 | 7/5/2011 | PALM BEACH | - |
| 5. | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432 | 9/1/2012 | | West Palm Beach-Boca Raton, FL - 8960 |

### Judgments and Liens - 1 records found
#### 1: WV Judgments and Liens Filings

**Debtor Information**
Original Name: PALLAS HOLDINGS LLC
Address: 555 S FEDERAL HWY STE 300, BOCA RATON, FL 33432-6077
**Debtor**
Company Name: PALLAS HOLDINGS LLC
**Creditor Information**
Name: STATE OF WEST VIRGINIA
**Filing Information**
Jurisdiction: WV
Amount: $1,182
Original Filing Date: 7/24/2013

FOIA - Confidential Treatment Requested

MAGNA005212

SEC-SASON-000028302

**Filing 1**

**Number:** BK246PG843
**Type:** STATE TAX LIEN
**Book:** 246
**Page:** 843
**Agency:** KANAWHA COUNTY CLERK
**Agency State:** WV
**Agency County:** KANAWHA

## Business Associates - 28 records found

| # | Name | Address |
|---|------|---------|
| 1. | 0 0 # # # 24 HR EMERGENCY LOCKSMITH | 200 N FEDERAL HWY<br>BOCA RATON, FL 33432 |
| 2. | 0 O 24 HR EMERGENCY LOCKSMIT | 200 N FEDERAL HWY<br>BOCA RATON, FL 33432 |
| 3. | ADORNO & YOSS LLP | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 4. | ALLEN COMMUNICATIONS | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 5. | BACCUS GLOBAL LLC 2ND | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 6. | CAPITAL SERVICE COMPANY LLC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 7. | CELINA AND MARIA'S GRILL, INC. | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 8. | CHEEBURGER CHEEBURGER OF BOCA RATON INC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 9. | FINANCE COMPANY LLC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 10. | GREAT OAKS FINACIAL CORP | 200 N FEDERAL HWY<br>BOCA RATON, FL 33432 |
| 11. | GREEK AND MEDITERRANEAN CAFE, INC. | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 12. | GREEK DEPOT INC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 13. | GREEK HEAVEN INC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 14. | INTERNATIONAL HELLNIC TRIBUNE | BOCA RATON, FL |
| 15. | J. D. ROSE INCORPORATED | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 16. | JANIE'S DOWNTOWN GRILL | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 17. | KENWOOD FINANCIAL | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 18. | KIN NOODLE BAR | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 19. | KRCL GROUP LLC 1699 | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 20. | MINOAN INC | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 21. | PALLAS HOLDING LLC | 555 S FEDERAL HWY<br>BOCA RATON, FL 33432-5505 |
| 22. | RADIO COMMUNICATIONS ASSOCIATES, INC. | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 23. | SABB'S ORIENTAL RUGS, INC. | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 24 | SAL'S NEW YORK GRILL | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 25. | SHINER LAW GROUP | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 26. | THE LODGE BOCA RATON LLC | 200 S FEDERAL HWY |

**FOIA - Confidential Treatment Requested**

**MAGNA005213**

SEC-SASON-000028303

| | | |
|---|---|---|
| | | BOCA RATON, FL 33432-4922 |
| 27. | TICK TOCK LIQUOR & RESTAURANT | 200 S FEDERAL HWY<br>BOCA RATON, FL 33432-4922 |
| 28. | TIRES PLUS TOTAL CAR CARE | 200 N FEDERAL HWY<br>BOCA RATON, FL 33432 |

**Sources - 11 records found**

| | |
|---|---|
| **All Sources** | **11 Source Document(s)** |
| **Business Finder** | 9 Source Document(s) |
| **Experian Business Reports** | 1 Source Document(s) |
| **Liens and Judgments** | 1 Source Document(s) |

# Business Finder

This data is for informational purposes only.

**Business Information**

**Company Name:** PALLAS HOLDING
**Address:** S FEDERAL HWY
BOCA RATON, FL 33432-5505
PALM BEACH COUNTY
**Phone:** 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

**Company Name:** PALLAS HOLDING LIC
**Address:** 200 S FEDERAL HWY
BOCA RATON, FL 33432-4022
**Phone:** 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

**Company Name:** PALLAS HOLDING LIC
**Address:** 555 S FEDERAL HWY STE 200
BOCA RATON, FL 33432-6033
**Phone:** 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

**Company Name:** PALLAS HOLDING LLC
**Address:** BOCA RATON, FL

# Business Finder

This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**

**MAGNA005214**

SEC-SASON-000028304

**Business Information**

Company Name: PALLAS HOLDING LLC
Address: S FEDERAL HWY
BOCA RATON, FL 33432-5505
PALM BEACH COUNTY
Phone: 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

Company Name: PALLAS HOLDING LLC
Address: 200 S FEDERAL HWY
BOCA RATON, FL 33432-4922
Phone: 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

Company Name: PALLAS HOLDING LLC
Address: 555 S FEDERAL HWY
BOCA RATON, FL 33432-5505
PALM BEACH COUNTY
Phone: 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

Company Name: PALLAS HOLDING LLC
Address: 555 S FEDERAL HWY STE 200
BOCA RATON, FL 33432-6033
Phone: 561-756-8992

# Business Finder

This data is for informational purposes only.

**Business Information**

Company Name: PALLAS HOLDINGS LLC
Address: 555 S FEDERAL HWY STE 300
BOCA RATON, FL 33432-6077
PALM BEACH COUNTY

# Experian Business Report

This data is for informational purposes only.

**Summary**

FOIA - Confidential Treatment Requested

MAGNA005215

SEC-SASON-000028305

**Name:** PALLAS HOLDINGS LLC
**Address:** 555 S FEDERAL HWY STE 300
BOCA RATON, FL 33432-6077
12099 COUNTY

http://www.smartbusinessreports.com/Main.aspx?link=1009

**Experian File Number:** 973985124
**File Established:** 08/2013
**Contents:** Public Records Information

# Public Records
**Tax Liens:**

**Date Filed:** 07/24/2013
**Type:** STAT-TX-
**Document Number:** D246P043
**Filing Location:** KANAWHA COUNTY CLERK
**Liability Amount:** $1,182

**Experian Extract Date:** 08/05/2013

# WEST VIRGINIA JUDGMENT AND LIEN FILINGS
This data is for informational purposes only.

**Debtor Information**

**Name:** PALLAS HOLDINGS LLC
**Address:** 555 S FEDERAL HWY STE 300
BOCA RATON, FL 33432-6077
PALM BEACH COUNTY

**Creditor Information**

**Name:** STATE OF WEST VIRGINIA

**Filing Information**

**Filing Date:** 07/24/2013
**Amount:** $1,182
**Certificate Number:** 1462098

**Filing 1**

**Filing Number:** BK246PG843
**Filing Type:** STATE TAX LIEN
**Book/Page:** 246/843
**Filing Court:** KANAWHA COUNTY CLERK
**Filing County:** KANAWHA
**Filing Office:** WV

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Debt Recovery/Fraud
Your GLBA Permissible Use is: Fraud Prevention or Detection

Copyright© 2013 LexisNexis. All rights reserved.

FOIA - Confidential Treatment Requested                    MAGNA005216

SEC-SASON-000028306

Person Report

## SmartLinx® Person Report

Report Created:11-05-2013 7:44 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2013 LexisNexis, All rights reserved.

**Search Terms -** First Name: **perian**; Last Name: **salviola**

| | | | |
|---|---|---|---|
| SSN Summary (1) | Address Summary (13) | Driver Licenses (1) | Voter Registrations (3) |
| Professional Licenses (0) | Other Licenses (0) | Real Property - Current (0) | Real Propety - Prior (0) |
| MVRs - Current (0) | MVRs - Prior (4) | Watercraft - Current (0) | Watercraft - Prior (0) |
| Aircraft - Current (0) | Aircraft - Prior (0) | Criminal Filings (3) | Bankruptcy Filings (0) |
| Judgment & Lien Filings (0) | UCC Filings (2) | Possible Relatives (32) | Other Person Associates (9) |
| Neighbors (0) | Business Connections (3) | Possible Employers (11) | Business Associates (4) |
| View All Sources (133) | | | |

### Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Salviola, Perian R | 3740 S Ocean Blvd Apt 1505 Highland Beach, FL 33407-3405 | Palm Beach | 786-567-7679<br><br>(Phone number and zip code combination is invalid) |
| **LexID** | **SSN** | **DOB** | **Email** |
| 002236955226 | 592-80-XXXX<br><br>(SSN was linked to more than 2 people) | 04/1979<br>(Age 34, Female) | psalviola@yahoo.com |

### At a Glance

| | | | |
|---|---|---|---|
| Real Property | 0 | Criminal/Arrest | 3 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 3 | Foreclosure/Notice of Default | 0 |

### Name Variations, SSN Summary and DOBs

| NAME VARIATIONS | SSN SUMMARY | REPORTED DOBS |
|---|---|---|
| Silvioly, Perlin<br>Salviola, Peerian<br>Salpiola, Terian<br>Salviola, Perian R | 592-80-XXXX<br>Issued in Florida, 1989<br>(SSN was linked to more than 2 people) | 04/1979<br>04/1979<br>04/1979 |
| Others Associated with Subjects SSN(Does NOT usually indicate any type of fraud or deception) | | |
| Names | SSNs | DOBs |
| Perian, Salviola<br>Peerian, Salviola | 592-80-XXXX<br>Issued in Florida, 1989<br>(SSN was linked to more than 2 people) | |
| Soncini, Denise M | 592-80-XXXX | 12/1954 |

FOIA - Confidential Treatment Requested

MAGNA005217

SEC-SASON-000028307

| | Issued in Florida, 1989 | |
|---|---|---|
| | (SSN was linked to more than 2 people) | |

## Address Summary (0 current, 13 prior)

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | 3740 S Ocean Blvd Apt 1505S<br>Highland Beach, FL 33487-3405 | Prior | 07/2010-11/2013 | |

**Name Associated with Address**
Perian, Salviola R
**Neighborhood Profile**
Average Age: 66
Median Household Income: $95,153
Median Home Value: $603,618
Average Years of Education: 15

| 2. | 555 S Federal Hwy Ste 300<br>Boca Raton, FL 33432-6077<br>Palm Beach County<br>(Business, High-rise) | Prior | 02/2012-03/2013 | |
|---|---|---|---|---|

**Name Associated with Address**
Perian, Salviola R
**Neighborhood Profile**
Average Age: 53
Median Household Income: $75,798
Median Home Value: $700,000
Average Years of Education: 15

| 3. | 1019 Bel Air Dr Apt B<br>Highland Beach, FL 33487-4285<br>Palm Beach County<br>(Residential, High-rise) | Prior | 11/2008-11/2012 | |
|---|---|---|---|---|

**Possible Household Members**
Salpiola, Terian
**Name Associated with Address**
Perian, Salviola R
Green, Kellie Anne
**Neighborhood Profile**
Average Age: 61
Median Household Income: $97,741
Median Home Value: $615,506
Average Years of Education: 15

| 4. | 595 S Federal Hwy Ste 300<br>Boca Raton, FL 33432-5542<br>(Social Services Facility) | Prior | 05/2012 | |
|---|---|---|---|---|

**Name Associated with Address**
Perian, Salviola R
**Neighborhood Profile**
Average Age: 53
Median Household Income: $75,798
Median Home Value: $700,000
Average Years of Education: 15

FOIA - Confidential Treatment Requested

MAGNA005218

SEC-SASON-000028308

| 5. | 5908 Bartram St<br>Boca Raton. FL 33433-7267<br>Palm Beach County<br>(Residential) | Prior | 02/2009-12/2009 | |
|---|---|---|---|---|
| **Possible Household Members**<br>Salpiola, Terian<br>**Name Associated with Address**<br>Perian, Salviola R<br>Green, Kellie Anne<br>**Neighborhood Profile**<br>Average Age: 77<br>Median Household Income: $66,335<br>Median Home Value: $441,209<br>Average Years of Education: 14 | | | | |
| 6. | 8241 Parkstone Pl Apt 106<br>Naples, FL 34120-0613<br>Collier County<br>(Residential. High-rise) | Prior | 05/2003-03/2008 | |
| **Possible Household Members**<br>Salpiola, Terian<br>**Neighborhood Profile**<br>Average Age: 44<br>Median Household Income: $69,682<br>Median Home Value: $348,636<br>Average Years of Education: 13 | | | | |
| 7. | 1000 High Rd Apt 612<br>Tallahassee, FL 32304-1876<br>Leon County<br>(Residential, High-rise) | Prior | 12/1998-09/2006 | |
| **Possible Household Members**<br>Wildberger, Deborah A<br>**Neighborhood Profile**<br>Average Age: 21<br>Median Household Income: $18,388<br>Median Home Value: $82,667<br>Average Years of Education: 13 | | | | |
| 8. | 5500 Military Trl Ste 22<br>Jupiter, FL 33458-2871<br>Palm Beach County<br>(Business, High-rise)<br>(Addressing or letter service)<br>(General medical or surgical hospital)<br>(Elementary or secondary school)<br>(Social Services Facility) | Prior | 05/2005 | 561-691-9222 |
| **Possible Household Members**<br>Salviola, Nichole K<br>**Neighborhood Profile**<br>Average Age: 32<br>Median Household Income: $96,837 | | | | |

**FOIA - Confidential Treatment Requested**

**MAGNA005219**

SEC-SASON-000028309

| | | | | |
|---|---|---|---|---|
| Median Home Value: $303,099<br>Average Years of Education: 15 | | | | |
| 9. | 3336 Harness Cir<br>Lake Worth, FL 33449-8026<br>Palm Beach County<br>(Residential) | Prior | 11/1998-12/2004 | |
| **Possible Household Members**<br>Wildberger, Deborah A<br>Wildberger, Tyler Michael<br>Wildberger, Wayne Henry<br>**Name Associated with Address**<br>Wildberger, Wayne Henry<br>Wildberger, Tyler Michael<br>**Neighborhood Profile**<br>Average Age: 40<br>Median Household Income: $98,551<br>Median Home Value: $530,570<br>Average Years of Education: 15 | | | | |
| 10. | 14820 Triangle Bay Dr Apt 1201<br>Naples, FL 34119-6753<br>Collier County<br>(Residential, High-rise) | Prior | 06/2002-07/2003 | |
| **Neighborhood Profile**<br>Average Age: 40<br>Median Household Income: $81,521<br>Median Home Value: $419,201<br>Average Years of Education: 13 | | | | |
| 11. | 6052 Wolfe St<br>Jupiter, FL 33458-6759<br>Palm Beach County<br>(Residential) | Prior | 05/1998-01/2003 | |
| **Possible Household Members**<br>Wildberger, Deborah A<br>**Neighborhood Profile**<br>Average Age: 36<br>Median Household Income: $87,852<br>Median Home Value: $355,970<br>Average Years of Education: 14 | | | | |
| 12. | 2676 Tess Cir<br>Tallahassee, FL 32304-1165<br>Leon County<br>(Residential) | Prior | 12/2000-09/2002 | |
| **Neighborhood Profile**<br>Average Age: 21<br>Median Household Income: $17,845<br>Median Home Value: $120,833<br>Average Years of Education: 14 | | | | |
| 13. | 3121 NE 8th Ter<br>Pompano Beach, FL 33064-5337<br>Broward County<br>(Residential) | Prior | 07/1997 | |

**FOIA - Confidential Treatment Requested**

**MAGNA005220**

SEC-SASON-000028310

| Possible Household Members |
|---|
| Wildberger, Deborah A |
| **Neighborhood Profile** |
| Average Age: 40 |
| Median Household Income: $42,934 |
| Median Home Value: $208,784 |
| Average Years of Education: 13 |

### Licenses/Voter - 4 licenses
#### Driver Licenses - 1 licenses

| No. | DL Name/Address | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 1. | Salviola, Perian<br>3740 S Ocean Blvd Apt 1505<br>Highland Beach, FL 33487-3405 | Current | Issued: 06/07/2013<br>Expires: 04/2022 | FL |

#### Other Licenses - 3 licenses

| No. | Type | Status | Issued/Expired | Location |
|---|---|---|---|---|
| 1. | Voter | Active | Registration: 02/17/2004<br>Last Voted: 11/06/2012<br>Party: Republican | FL |
| 2. | Voter | Active | Last Voted: 11/07/2006<br>Party: Republican | FL |
| 3. | Voter | Active | Registration: 08/26/2000<br>Party: Democrat | FL |

### Real Property (0 current, 0 prior)
### Personal Property (0 current, 4 prior)

| No. | Type | Status | Year/Make | Model | VIN | Juris-diction |
|---|---|---|---|---|---|---|
| 1. | MVR | Prior | 2012 Cadillac | Escalade, 4 Dr Wagon Sport Utility | 1GYS3KEF7CR220500 | FL |

| Vehicle Information |
|---|
| VIN: 1GYS3KEF7CR220500 |
| Year: 2012 |
| Make: Cadillac |
| Model: Escalade |
| Class/Type: Passenger Car/Light Truck |
| Base Price: $82,545.00 |
| |
| **Registrant 1** |
| 555 S Federal Hwy Ste 300 |
| Boca Raton, FL 33432-6077 |
| 555 S Federal Hwy Ste 300 |
| Boca Raton, FL 33432-6077 |
| Plate Number: 219TPH |
| License Plate State: FL |
| License Plate Type: Private |
| Original Registration Date: 04/02/2012 |
| Latest Registration Date: 02/13/2013 |

**FOIA - Confidential Treatment Requested**

**MAGNA005221**

SEC-SASON-000028311

Expiration Date: 02/28/2014

**Registrant 2**
**Salviola, Perian**
    555 S Federal Hwy Ste 300
Boca Raton, FL 33432-6077
555 S Federal Hwy Ste 300
Boca Raton, FL 33432-0077
Plate Number: 219TPH
License Plate State: FL
License Plate Type: Private
Original Registration Date: 04/02/2012
Latest Registration Date: 02/13/2013
Expiration Date: 02/28/2014

| 2. | MVR | Prior | 2010 Cadillac | Escalade, 4 Dr Wagon Sport Utility | 1GYUKJEF4AR230114 | FL |
|----|-----|-------|---------------|-----------------------------------|-------------------|-----|

**Vehicle Information**
    VIN: 1GYUKJEF4AR230114
Year: 2010
Make: Cadillac
Model: Escalade
Class/Type: Passenger Car/Light Truck
Base Price: $76,705.00

**Registrant 1**
    555 S Federal Hwy Ste 300
Boca Raton, FL 33432-6077
555 S Federal Hwy Ste 300
Boca Raton, FL 33432-6077
Plate Number: 219TPH
License Plate State: FL
License Plate Type: Private
Latest Registration Date: 02/22/2012
Expiration Date: 02/28/2013

**Registrant 2**
**Salviola, Perian**
    555 S Federal Hwy Ste 300
Boca Raton, FL 33432-6077
555 S Federal Hwy Ste 300
Boca Raton, FL 33432-6077
Plate Number: 219TPH
License Plate State: FL
License Plate Type: Private
Latest Registration Date: 02/22/2012
Expiration Date: 02/28/2013

| 3. | MVR | Prior | 2006 Infiniti | G35, Coupe | JNKCV54E66M704186 | FL |
|----|-----|-------|---------------|------------|-------------------|-----|

**Vehicle Information**
    VIN: JNKCV54E66M704186
Year: 2006
Make: Infiniti

**FOIA - Confidential Treatment Requested**                    **MAGNA005222**

SEC-SASON-000028312

Model: G35
Class/Type: Passenger Car/Light Truck
Base Price: $33,050.00

**Owner 1**
**Nissan-Infiniti**
    PO Box 254648
Sacramento, CA 95865-4648
PO Box 254648
Sacramento, CA 95865-4648
Title Number: 0095721268
Title Date: 04/26/2006

**Registrant 1**
**Salviola, Perian**
    5968 Bartram St
Boca Raton, FL 33433-7267
5968 Bartram St
Boca Raton, FL 33433-7267
Plate Number: 8626S
License Plate State: FL
License Plate Type: Educational Affiliation
Latest Registration Date: 03/03/2009
Expiration Date: 04/13/2010

| 4. | MVR | Prior | 1997 Acura | Integra, Hatchback 2 Door | JH4DC4465VS013996 | FL |
|----|-----|-------|------------|----------------------------|-------------------|----|

**Vehicle Information**
    VIN: JH4DC4465VS013996
Year: 1997
Make: Acura
Model: Integra
Class/Type: Passenger Car/Light Truck
Base Price: $21,400.00

**Owner 1**
**Salviola, Perian**
    3336 Harness Cir
Lake Worth, FL 33449-8026
3336 Harness Cir
Lake Worth, FL 33449-8026
Title Number: 0073734861
Title Date: 01/10/2001

**Owner 2**
**Wildberger, Deborah A**
    3336 Harness Cir
Lake Worth, FL 33449-8026
3336 Harness Cir
Lake Worth, FL 33449-8026
Title Number: 0073734861
Title Date: 01/10/2001

**Registrant 1**
**Salviola, Perian**

**FOIA - Confidential Treatment Requested**

**MAGNA005223**

SEC-SASON-000028313

8241 Parkstone Pl Apt 100
Naples, FL 34120-0613
8241 Parkstone Pl Apt 106
Naples, FL 34120-0613
Plate Number: H59LDS
License Plate State: FL
License Plate Type: Private
Original Registration Date: 04/27/2004
Latest Registration Date: 03/29/2005
Expiration Date: 04/14/2006

**Registrant 2**
**Wildberger, Deborah A**
3336 Harness Cir
Lake Worth, FL 33449-8026
3336 Harness Cir
Lake Worth, FL 33449-8026
Plate Number: H59LDS
License Plate State: FL
License Plate Type: Private
Original Registration Date: 04/27/2004
Latest Registration Date: 03/29/2005
Expiration Date: 04/14/2006

**Possible Criminal/Arrest (3 filings)**

| No. | Name | Type | Offense | Date | State |
|---|---|---|---|---|---|
| 1. | Salviola, Perian | Criminal | Unlawful Speed | | Florida |
| 2. | Salviola, Perian | Criminal | Expired Dl 4 Months Or Less | 04/27/2002 | Florida |
| 3. | Salviola, Perian | Criminal | Traffic Control Device - Fail To Obey | 02/02/2001 | Florida |

**Bankruptcy (0 active, 0 closed)**
**Judgment / Liens (0 active, 0 closed)**
**UCC Filings (2 debtor, 0 creditor)**

| No. | Role | Status | File Date | File Number | Jurisdiction | File Type |
|---|---|---|---|---|---|---|
| 1. | Debtor | Closed | 10/15/2009 | 200901365554 | FL | Termination |

**Debtor 1**
**Salviola, Perian**
595 S Federal Hwy Ste 600
Boca Raton, FL 33432-5542
SSN: 592-80-XXXX
595 S Federal Hwy Ste 600
Boca Raton, FL 33432-5542

**Secured Party Info 1**

**Filing 1**
Filing Number: 20100305903X
Date: 08/17/2010

**FOIA - Confidential Treatment Requested**                    **MAGNA005224**

SEC-SASON-000028314

Filing Type: Termination

**Filing 2**
Filing Number: 200901365554
Date: 10/15/2009
Filing Type: Initial Filing
Expiration: 10/15/2014

**Filing Office 1**
**Secretary Of State/UCC Division**
State Capitol
Tallahassee, FL 32314
State Capitol
Tallahassee, FL 32314

**Collateral Information**
: 10/15/2009 200901365554 - Security Interest
And Proceeds

| 2. | Debtor | Closed | 09/17/2009 | 200901214157 | FL | Termination |
|---|---|---|---|---|---|---|

**Debtor 1**
**Salviola, Perian**
595 S Federal Hwy Ste 600
Boca Raton, FL 33432-5542
SSN: 592-80-XXXX
595 S Federal Hwy Ste 600
Boca Raton, FL 33432-5542

**Debtor 2**
**Salviola, Perian**
5301 N Federal Hwy Ste 380
Boca Raton, FL 33487-4915
SSN: 592-80-XXXX
5301 N Federal Hwy Ste 380
Boca Raton, FL 33487-4915

**Secured Party Info 1**
**Jsw Steel Holding (Usa) Inc.**
5200 E Mckinney Rd
Baytown, TX 77523-8533
5200 E Mckinney Rd
Baytown, TX 77523-8533

**Filing 1**
Filing Number: 201003059021
Date: 08/17/2010
Filing Type: Termination

**Filing 2**
Filing Number: 200901410851
Date: 10/23/2009
Filing Type: Amendment
Expiration: 09/17/2014

**FOIA - Confidential Treatment Requested**                    **MAGNA005225**

SEC-SASON-000028315

**Filing 3**
    Filing Number: 200901214157
Date: 09/17/2009
Filing Type: Initial Filing
Expiration: 09/17/2014

**Filing Office 1**
**Secretary Of State/UCC Division**
    State Capitol
Tallahassee, FL 32314
State Capitol
Tallahassee, FL 32314

**Collateral Information**
    : 09/17/2009 200901214157 - Account(S) And Proceeds

**Associates**
Possible Relatives - 1st Degree: 5, 2nd Degree: 10, 3rd Degree: 17

| No. | First Degree Relatives | Address | Phone |
|-----|------------------------|---------|-------|
| 1. | Salpiola, Terian(Possible Mother)<br>SSN: 592-80-XXXX<br>DOB: 04/1954(Age 59) | 3740 S Ocean Blvd Apt 1505<br>Highland Beach, FL 33487-3405 | |
| 2. | Wildberger, Deborah A(Possible Mother)<br>SSN: 091-50-XXXX<br>DOB: 04/1956(Age 57) | 3336 Harness Cir<br>Lake Worth, FL 33449-0026 | |

      **Second Degree Relatives**

    Loden, Teresa J
- 16528 Orange Ave
  Umatilla, FL 32784-9604
- 352-589-5195
- SSN: 266-55-XXXX
- DOB: 09/1960(Age 53)

    **Third Degree Relatives**
    Mcadoo, Mary Y
- 1588 Conrad Ridge Rd
  Holladay, TN 38341-7040
- SSN: 429-60-XXXX
- DOB: 10/1935(Age 78)

    **Third Degree Relatives**
    Loden 2, Jim Lee
- 4563 Dogwood Rd
  Grandview, TN 37337-4006
- SSN: 413-62-XXXX
- DOB: 02/1941(Age 72)
- 
  ⚠ Deceased

**FOIA - Confidential Treatment Requested**

**MAGNA005226**

SEC-SASON-000028316

**Third Degree Relatives**
Loden, Jimmy Lee
- 2746 Bayview Dr
  Eustis, FL 32726-6918
- 352-589-5195
- SSN: 402-15-XXXX
- DOB: 04/1965(Age 48)

**Third Degree Relatives**
Mcadoo, Johnny Sloan
- 1642 Conrad Ridge Rd
  Holladay, TN 38341-7040
- SSN: 264-55-XXXX
- DOB: 07/1959(Age 54)

**Third Degree Relatives**
Wildberger, Ashley Nicole
- 8875 Briarwood Meadow Ln
  Boynton Beach, FL 33473-7815
- 954-509-1164
- SSN: 594-26-XXXX
- DOB: 12/1983(Age 29)

**Third Degree Relatives**
Mcadoo, Elisabeth Marie
- 2746 Bayview Dr
  Eustis, FL 32726-6918
- SSN: 504-33-XXXX
- DOB: 08/1988(Age 25)

**Third Degree Relatives**
Mcadoo, Johnny Travis
- 870 Lake Elsie Dr
  Tavares, FL 32778-5705
- 352-357-8631
- SSN: 593-04-XXXX
- DOB: 10/1990(Age 23)

**Third Degree Relatives**
Loden, Andrew Barron
- 16528 Orange Ave
  Umatilla, FL 32784-9604
- 352-589-5195
- SSN: 592-25-XXXX
- DOB: 07/1992(Age 21)

**Third Degree Relatives**
Macadoo, Johnny
- 16528 Orange Ave
  Umatilla, FL 32784-9604

**FOIA - Confidential Treatment Requested**                    **MAGNA005227**

SEC-SASON-000028317

- 352-589-5195

**Third Degree Relatives**
Loden, Jim
- 16528 Orange Ave
  Umatilla, FL 32784-9604
- 352-589-5195
- SSN: 266-55-XXXX

**Third Degree Relatives**
Loden, Terry
- 16528 Orange Ave
  Umatilla, FL 32784-9604
- 352-589-5195
- DOB: 09/1960(Age 53)

Wildberger, Wayne Henry
- 3336 Harness Cir
  Lake Worth, FL 33449-8026
- SSN: 094-52-XXXX
- DOB: 03/1958(Age 55)

**Third Degree Relatives**
Wildberger, Teresa B
- 5150 NE 6th Ave Apt 110
  Fort Lauderdale, FL 33334-3302
- DOB: 09/1960(Age 53)

Wildberger, Tyler Michael
- 3336 Harness Cir
  Lake Worth, FL 33449-8026
- SSN: 502-02-XXXX
- DOB: 07/1990(Age 23)

Salviola, Jean
- 8170 SE Fox Hill Pl
  Hobe Sound, FL 33455-6450
- 772-546-7001
- SSN: 114-12-XXXX
- DOB: 10/1927(Age 86)

**Third Degree Relatives**
Palmieri, Lisa Salviola
- 503 Xanadu Pl
  Jupiter, FL 33477-6446
- 561-691-0059
- SSN: 129-50-XXXX
- DOB: 02/1958(Age 55)

**FOIA - Confidential Treatment Requested**          **MAGNA005228**

SEC-SASON-000028318

| | **Third Degree Relatives**<br>Salviola, Dominic<br>• 1046 Lydia Dr<br>  Franklin Square, NY 11010-1817<br>• 516-326-9757 | | |
|---|---|---|---|
| 3. | Salviola, Nichole K(Possible Sister)<br>SSN: 592-80-XXXX<br>DOB: 05/1974(Age 39) | 11716 Buttonhook Dr<br>Clermont, FL 34711-8083 | 352-241-0328 |

**Second Degree Relatives**

Silvestro, Michael Edward
- 11716 Buttonhook Dr
  Clermont, FL 34711-0003
- 352-241-0328
- SSN: 261-95-XXXX
- DOB: 02/1977(Age 36)

**Third Degree Relatives**
Stevenson, Elizabeth Ann
- 11519 Harborside Cir
  Largo, FL 33773-4404
- 727-391-4063
- SSN: 578-62-XXXX
- DOB: 09/1949(Age 64)

Salviola, Nichole
- 1425 New York Ave
  Orlando, FL 32803-1835
- SSN: 590-80-XXXX

Silvestro, Mike
- 1604 Westminster Trl
  Clermont, FL 34714-7240
- 352-536-1736

Silvestro, Mike
- 11716 Buttonhook Dr
  Clermont, FL 34711-8083
- 352-241-0328

| 4. | Salviola, Jeffrey William(Possible Father)<br>SSN: 094-48-XXXX<br>DOB: 04/1954(Age 59) | 227 SW 2nd Ave<br>Delray Beach, FL 33444-3647 | |
|---|---|---|---|

**Second Degree Relatives**

Salviola, Dominic
- 11877 Donlin Dr
  Wellington, FL 33414-6252
- 561-328-7306
- SSN: 073-12-XXXX
- DOB: 09/1922(Age 91)

**FOIA - Confidential Treatment Requested**

**MAGNA005229**

SEC-SASON-000028319

**Third Degree Relatives**
Salviola, Domini
- 2021 Sunderland Ave
  Wellington, FL 33414-7715

Salviola, Nancy L
- 11877 Donlin Dr
  Wellington, FL 33414-6252
- 561-328-7306
- SSN: 060-34-XXXX
- DOB: 12/1940(Age 72)

**Third Degree Relatives**
Salviola, Dominic A
- 1075 Weaver St
  New Rochelle, NY 10804-1820
- DOB: 09/1922(Age 91)

| | | | |
|---|---|---|---|
| 5. | Salviola, Perian | 3740 S Ocean Blvd Apt<br>Highland Beach, FL 33487-3400 | |

**Other Person Associates - 9 records found**

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | Brooke, Cheryl J<br>SSN: 233-11-XXXX<br>DOB: 03/1968 (Age 45) | 178 Hidden Valley Cir<br>Shepherdstown, WV 25443-3531 | Business |
| 2. | Cline, Kevin | PO Box 800<br>Eleanor, WV 25070-0800 | Business |
| 3. | Green, Kellie Anne<br>SSN: 592-50-XXXX<br>DOB: 12/1978 (Age 34) | 217 NW 78th Ave<br>Margate, FL 33063-4719<br>954-974-7447 | Possible Roommate |
| 4. | Higginbotham, Warren Kurt<br>SSN: 235-04-XXXX<br>DOB: 03/1951 (Age 62) | 93 Richard Dr<br>Poca, WV 25159-9651<br>304-755-1316 | Business |
| 5. | Hopson, Kevin Boyd<br>SSN: 241-27-XXXX<br>DOB: 06/1971 (Age 42) | 178 Hidden Valley Cir<br>Shepherdstown, WV 25443-3531 | Business |
| 6. | Loden, Teresa J<br>SSN: 266-55-XXXX<br>DOB: 1961 (Age 52) | 16528 Orange Ave<br>Umatilla, FL 32784-9604<br>352-589-5195 | Possible Roommate |
| 7. | Perian, Salviola R<br>SSN: 592-80-XXXX | 3740 S Ocean Blvd Apt 1505S<br>Highland Beach, FL 33487-3405 | Business |
| 8. | Wildberger, Wayne Henry<br>SSN: 094-52-XXXX<br>DOB: 03/1958 (Age 55) | 3336 Harness Cir<br>Lake Worth, FL 33449-8026 | Possible Roommate |
| 9. | Wildberger, Tyler Michael<br>SSN: 592-02-XXXX<br>DOB: 07/1990 (Age 23) | 3336 Harness Cir<br>Lake Worth, FL 33449-8026 | Possible Roommate |

**FOIA - Confidential Treatment Requested**                    **MAGNA005230**

SEC-SASON-000028320

**Neighbors - 0 records found**
**Business Connections - 3 records found**

| No. | Name | Address | Title |
|-----|------|---------|-------|
| 1. | KEEPING UP APPEARANCES, LLC | 8241 Parkstone Pl Apt 106 Naples, FL 34120-0613 | Manager |
| 2. | PRIME COAL LLC | Boca Raton, FL | Principal |
| 3. | VIKING PREP PLANT LLC | 555 S Federal Hwy Ste 300 Boca Raton, FL 33432-6077 | Manager |

**Possible Employers - 11 records found.**

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 1. | PALLAS FORMED FUELS LLC | 555 S Federal Hwy Ste 300 Boca Raton, FL 33432-6077 | |
| 2. | PALLAS MANAGEMENT LLC | 595 S Federal Hwy Ste 600 Boca Raton, FL 33432-5542 | 561-674-6063 |
| 3. | PANSOFIA HOLDINGS LLC | 909 Margaret St Summersville, WV 26651-1211 | |
| 4. | CODE ELECTRIC LLC | 178 Hidden Valley Cir Shepherdstown, WV 25443-3531 | |
| 5. | JOSHUA CONSTRUCTION LLC | 737 Eleanor Industrial Park Eleanor, WV 25070 | |
| 6. | JOSHUA CONSTRUCTION LLC | PO Box 800 Eleanor, WV 25070-0800 | |
| 7. | PRIME COAL LLC | 407 Prosperity Rd Prosperity, WV 25909 | 304-252-7429 |
| 8. | PRIME COAL LLC | 5301 N Federal Hwy Ste 380 Boca Raton, FL 33487-4915 | |
| 9. | PRIME COAL LLC | 595 S Federal Hwy Ste 600 Boca Raton, FL 33432-5542 | 561-674-6063 |
| 10. | PRIME COAL LLC | 555 S Federal Hwy Ste 300 Boca Raton, FL 33432-6077 | |
| 11. | KEEPING UP APPEARANCES, LLC | 8241 Parkstone Pl Apt 106 Naples, FL 34120-0613 | |

**Business Associates - 4 records found.**

| No. | Name | Address | Role |
|-----|------|---------|------|
| 1. | NISSAN-INFINITI LT | PO Box 254648 Sacramento, CA 95865-4648 | Personal Property |
| 2. | PALLAS MGMT. LLC | 555 S Federal Hwy Ste 300 Boca Raton, FL 33432-6077 | Personal Property |
| 3. | JSW STEEL HOLDING (USA) INC. | 5200 E Mckinney Rd Baytown, TX 77523-8533 | UCC |
| 4. | CITY COUNTY CREDIT UNION OF FORT LAUDERDALE | | Personal Property |

**FOIA - Confidential Treatment Requested**

**MAGNA005231**

SEC-SASON-000028321

**Sources**

| ALL SOURCES | 133 SOURCE DOCUMENTS |
|---|---|
| Corporate Affiliations | 3 Source Documents |
| Criminal | 3 Source Documents |
| Driver Licenses | 6 Source Documents |
| Email Addresses | 2 Source Documents |
| Historical Person Locator | 16 Source Documents |
| Motor Vehicle Registrations | 12 Source Documents |
| Person Locator 1 | 13 Source Documents |
| Person Locator 2 | 1 Source Documents |
| Person Locator 5 | 62 Source Documents |
| Person Locator 6 | 6 Source Documents |
| Phone | 2 Source Documents |
| PhonesPlus Records | 1 Source Documents |
| UCC Lien Filings | 2 Source Documents |
| Voter Registrations | 4 Source Documents |

Key:

| | |
|---|---|
| ⚠ | High Risk Indicator. These symbols may prompt you to investigate further. |
| ? | Moderate Risk Indicator.  These symbols may prompt you to investigate further. |
| ? | General Information Indicator. These symbols inform you that additional information is provided. |
| ✔ | The most recent telephone listing as reported by Electronic Directory Assistance. |
| Ⓦ | Wireless Phone Indicator. These symbols indicate a cell phone number. |
| Ⓡ | Residential Phone Indicator. These symbols indicate a residential phone number. |
| Ⓑ | Business Phone Indicator. These symbols indicate a business phone number. |

**Important:**The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

**FOIA - Confidential Treatment Requested**                                                **MAGNA005232**

SEC-SASON-000028322

FCRA:The data provided to you by use of this product may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment or other purposes identified under the Fair Credit Reporting Act (FCRA).

**Your DPPA Permissible Use is:** Debt Recovery/Fraud
**Your GLBA Permissible Use is:** Fraud Prevention or Detection

Copyright © 2013 LexisNexis. All rights reserved.

## Corporate Affiliations
This data is for informational purposes only.

### Business Information

|  |  |
|---|---|
| **State of Origin:** | KY |
| **Charter Number:** | 0788994 |
| **Corporation Name:** | VIKING PREP PLANT LLC |
| **Status:** | ACTIVE |
| **Name:** | SAVIOLA, PERIAN |
| **Address:** | 555 S FEDERAL HWY STE 300 BOCA RATON, FL 33432-6077 |

## Corporate Affiliations
This data is for informational purposes only.

### Business Information

|  |  |
|---|---|
| **State of Origin:** | FL |
| **Charter Number:** | L06000059765 |
| **Corporation Name:** | KEEPING UP APPEARANCES, LLC |
| **Status:** | INACTIVE |
| **Name:** | PERIAN, SALVIOLA |
| **Address:** | 8241 PARKSTONE PL APT 106 NAPLES, FL 34120-0613 |

## Corporate Affiliations
This data is for informational purposes only.

### Business Information

|  |  |
|---|---|
| **State of Origin:** | FL |
| **Charter Number:** | L06000059765 |
| **Corporation Name:** | KEEPING UP APPEARANCES, LLC |
| **Status:** | ACTIVE |
| **Name:** | PERIAN, SALVIOLA |
| **Address:** | 8241 PARKSTONE PL APT 106 NAPLES, FL 34120-0613 |

## Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
### Driver Information

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3740 S OCEAN BLVD # 1505 |

**FOIA - Confidential Treatment Requested**                              **MAGNA005233**

SEC-SASON-000028323

HIGHLAND BEACH, FL 33487-3405
PALM BEACH COUNTY
Data source: Governmental: FL

**Personal Information**

| | |
|---|---|
| SSN: | 592-80-XXXX |
| Date of Birth: | 04/1979 |
| Gender: | Female |
| Race: | WHITE |
| Height: | 5'04" |

**Current License Information**

| | |
|---|---|
| License Type: | RENEWAL |
| License Class: | Non-Commercial - Regular Operator License |
| Issue Date: | 06/07/2013 |
| Expiration Date: | 04/2022 |
| Original Issue Date: | 06/14/1995 |

# Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
Driver Information

| | |
|---|---|
| Name: | SALVIOLA, PERIAN |
| Address: | 5968 BARTRAM STREET |
| | BOCA RATON, FL 33433-7267 |
| | PALM BEACH COUNTY |
| Data source: | Governmental: FL |

**Personal Information**

| | |
|---|---|
| SSN: | 592-80-XXXX |
| Date of Birth: | 04/1979 |
| Gender: | Female |
| Race: | WHITE |
| Height: | 5'04" |

**Historical License Information**

| | |
|---|---|
| License Type: | RENEWAL |
| License Class: | Non-Commercial - Regular Operator License |
| Issue Date: | 04/11/2008 |
| Expiration Date: | 04/2014 |

# Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
Driver Information

| | |
|---|---|
| Name: | SALVIOLA, PERIAN |
| Address: | 8241 PARKSTONE PL #106 |
| | NAPLES, FL 34120-0613 |
| | COLLIER COUNTY |
| Data source: | Governmental: FL |

FOIA - Confidential Treatment Requested

MAGNA005234

SEC-SASON-000028324

**Personal Information**

|  |  |
|---|---|
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |
| **Race:** | WHITE |
| **Height:** | 5'04" |

**Historical License Information**

|  |  |
|---|---|
| **License Type:** | DUPLICATE |
| **License Class:** | Non-Commercial - Regular Operator License |
| **Issue Date:** | 04/29/2002 |
| **Expiration Date:** | 04/2008 |

# Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
**Driver Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 2676 TESS CIRCLE |
|  | TALLAHASSEE, FL 32304-1165 |
|  | LEON COUNTY |
| **Data source:** | Governmental: FL |

**Personal Information**

|  |  |
|---|---|
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |
| **Race:** | WHITE |
| **Height:** | 5'04" |

**Historical License Information**

|  |  |
|---|---|
| **License Type:** | RENEWAL |
| **License Class:** | Non-Commercial - Regular Operator License |
| **Issue Date:** | 04/29/2002 |
| **Expiration Date:** | 04/2008 |

# Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
**Driver Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3336 HARNESS CIR |
|  | LAKE WORTH, FL 33449-8026 |
|  | PALM BEACH COUNTY |
| **Data source:** | Governmental: FL |

**Personal Information**

|  |  |
|---|---|
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |
| **Race:** | WHITE |

**FOIA - Confidential Treatment Requested**

**MAGNA005235**

SEC-SASON-000028325

**Historical License Information**

| | |
|---|---|
| **License Class:** | Non-Commercial - Regular Operator License |
| **Issue Date:** | 06/14/1995 |
| **Expiration Date:** | 04/2002 |

# Driver License Records
This data is for informational purposes only.

## Florida Driver License Records
**Driver Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3121 NE 6TH TER<br>POMPANO BEACH, FL 33064-5337<br>BROWARD COUNTY |
| **Data source:** | Non-Governmental: FL |

**Personal Information**

| | |
|---|---|
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3740 S OCEAN BLVD APT 1505<br>HIGHLAND BEACH, FL 33487-3405<br>PALM BEACH COUNTY |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3740 S OCEAN BLVD APT 1505S<br>HIGHLAND BEACH, FL 33487-3405<br>PALM BEACH COUNTY |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN R |
| **Address:** | 3740 S OCEAN BLVD APT 1505S<br>HIGHLAND BEACH, FL 33487-3405<br>PALM BEACH COUNTY |

**FOIA - Confidential Treatment Requested**

MAGNA005236

SEC-SASON-000028326

**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979

# Historical Person Locator
This data is for informational purposes only.

### Finder Information

**Name:** SALVIOLA, PERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
PALM BEACH COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979

# Historical Person Locator
This data is for informational purposes only.

### Finder Information

**Name:** SALVIOLA, PERIAN
**Address:** 5968 BARTRAM ST
BOCA RATON, FL 33433-7267
PALM BEACH COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979

# Historical Person Locator
This data is for informational purposes only.

### Finder Information

**Name:** SALVIOLA, PERIAN
**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY
**Date of Birth:** 04/1979

# Historical Person Locator
This data is for informational purposes only.

### Finder Information

**Name:** SALVIOLA, PERIAN
**Address:** 14820 TRIANGLE BAY DR
NAPLES, FL 34119-6753
COLLIER COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979

# Historical Person Locator
This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**                    **MAGNA005237**

SEC-SASON-000028327

**Finder Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3336 HARNESS CIR |
|  | LAKE WORTH, FL 33449-8026 |
|  | PALM BEACH COUNTY |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 2676 TESS CIR |
|  | TALLAHASSEE, FL 32304-1165 |
|  | LEON COUNTY |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 1000 HIGH RD APT 612 |
|  | TALLAHASSEE, FL 32304-1876 |
|  | LEON COUNTY |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3336 HARNESS CIR |
|  | LAKE WORTH, FL 33449-8026 |
|  | PALM BEACH COUNTY |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |

# Historical Person Locator
This data is for informational purposes only.

**Finder Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3336 HARNESS CIR |
|  | LAKE WORTH, FL 33449-8026 |
|  | PALM BEACH COUNTY |
| **SSN:** | 592-80-XXXX |

**FOIA - Confidential Treatment Requested**

**MAGNA005238**

SEC-SASON-000028328

Date of Birth: 04/1979

## Historical Person Locator
This data is for informational purposes only.

**Finder Information**

Name: SALVIOLA, PERIAN
Address: 3121 NE 8TH TER
POMPANO BEACH, FL 33064-5337
BROWARD COUNTY
SSN: 592-80-XXXX
Date of Birth: 04/1979

## Historical Person Locator
This data is for informational purposes only.

**Finder Information**

Name: SALVIOLA, PEERIAN
Address: 3740 S OCEAN BLVD APT 1505
HIGHLAND BEACH, FL 33487-3405
PALM BEACH COUNTY
SSN: 592-80-XXXX
Date of Birth: 04/1979

## Historical Person Locator
This data is for informational purposes only.

**Finder Information**

Name: SALVIOLA, PERIAN
Address: 8241 PARKSTONE PL APT 106
NAPLES, FL 34120-0613
COLLIER COUNTY
SSN: 592-80-XXXX
Date of Birth: 04/1979

## Historical Person Locator
This data is for informational purposes only.

**Finder Information**

Name: SALVIOLA, PERIAN
Address: 3121 NE 8TH TER
POMPANO BEACH, FL 33064-5337
BROWARD COUNTY
SSN: 592-80-XXXX
Date of Birth: 04/1979

## Motor Vehicle Registrations
This data is for informational purposes only.

FOIA - Confidential Treatment Requested

MAGNA005239

SEC-SASON-000028329

# Florida Motor Vehicle Registration

**Registrant Information**

**Registrant 1**

|  |  |
|---|---|
| Company: | PALLAS MGMT. LLC |
| Address: | 555 S FEDERAL HWY STE 300 |
|  | BOCA RATON, FL 33432-6077 |
|  | PALM BEACH COUNTY |

**Registrant 2**

|  |  |
|---|---|
| Name: | SALVIOLA, PERIAN |
| Date of Birth: | 4/1979 |
| Address: | 555 S FEDERAL HWY STE 300 |
|  | BOCA RATON, FL 33432-6077 |
|  | PALM BEACH COUNTY |

**Registration Information**

|  |  |
|---|---|
| Original Registration Date: | 4/2/2012 |
| Registration Date: | 2/13/2013 |
| Registration Expiration Date: | 2/28/2014 |
| Decal Number: | 03159740 |

**Vehicle Information**

|  |  |
|---|---|
| VIN: | 1GYS3KEF7CR220500 |
| Transmission: | R |
| Vehicle Class: | PASSENGER CAR/LIGHT TRUCK |
| Power Steering: | Standard |
| Air Conditioning: | Standard |
| Model Year: | 2012 |
| Roof: | Power sun/moon roof |
| Front Wd: | No |
| Make: | Cadillac |
| 4WD: | No |
| Model: | Escalade |
| Anti-Lock Brakes: | 4 wheel standard |
| Series: | ESCALADE ESV PLATINUM |
| Tilt Wheel: | Standard |
| Power Brakes: | Standard |
| Style: | 4 Dr Wagon Sport Utility |
| Security System: | Passive Immobilize Key, Keyless entry, and alarm |
| Power Windows: | Standard |
| Color: | Brown |
| Radio: | AM/FM CD/MP3 |
| Daytime Running Lights: | Standard |
| Engine Type: | 8 |
| Engine Size: | 378 |
| Base Price: | $82,545 |
| Net Weight: | 5,756 lbs. |

**Plate Information**

|  |  |
|---|---|
| License Plate Number: | 219TPH |
| License Plate Type: | Private |
| Plate State: | Florida |
| Previous License Plate Number: | 219TPH |
| Previous Plate State: | Florida |

FOIA - Confidential Treatment Requested

MAGNA005240

SEC-SASON-000028330

# Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
**Registrant Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Date of Birth:** | 4/1979 |
| **Address:** | 8241 PARKSTONE PL APT 106 |
| | NAPLES, FL 34120-0613 |
| | COLLIER COUNTY |

**Registration Information**

| | |
|---|---|
| **Original Registration Date:** | 3/17/2006 |
| **Registration Date:** | 3/31/2008 |
| **Registration Expiration Date:** | 4/13/2009 |
| **Decal Number:** | 04280713 |

**Vehicle Information**

| | |
|---|---|
| **VIN:** | JNKCV54E66M704186 |
| **Transmission:** | Q |
| **Vehicle Class:** | PASSENGER CAR/LIGHT TRUCK |
| **Power Steering:** | Standard |
| **Air Conditioning:** | Standard |
| **Model Year:** | 2006 |
| **Roof:** | None / not available |
| **Front Wd:** | No |
| **Make:** | Infiniti |
| **Optional Roof:** | Power sun/moon roof |
| **4WD:** | No |
| **Model:** | G35 |
| **Fuel:** | Gas |
| **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | G35 |
| **Tilt Wheel:** | Standard |
| **Power Brakes:** | Standard |
| **Style:** | Coupe |
| **Security System:** | Passive Engine Immobilizer, Keyless Entry & Alarm |
| **Power Windows:** | Standard |
| **Color:** | UNKNOWN |
| **Radio:** | AM/FM CD |
| **Daytime Running Lights:** | Not available |
| **Engine Type:** | 6 |
| **Engine Size:** | 214 |
| **Base Price:** | $33,050 |
| **Net Weight:** | 3,379 lbs. |

**Plate Information**

| | |
|---|---|
| **License Plate Number:** | 8626S |
| **License Plate Type:** | Educational Affiliation |
| **Plate State:** | Florida |
| **Previous License Plate Number:** | 8626S |
| **Previous Plate State:** | Florida |

FOIA - Confidential Treatment Requested

MAGNA005241

SEC-SASON-000028331

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
**Registrant Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PERIAN |
| **Date of Birth:** | 4/1979 |
| **Address:** | 5968 BARTRAM ST<br>BOCA RATON, FL 33433-7267<br>PALM BEACH COUNTY |

**Registration Information**

| | |
|---:|:---|
| **Original Registration Date:** | 3/3/2009 |
| **Registration Date:** | 3/3/2009 |
| **Registration Expiration Date:** | 4/13/2010 |
| **Decal Number:** | 04007743 |

**Vehicle Information**

| | |
|---:|:---|
| **VIN:** | JNKCV54E66M704186 |
| **Transmission:** | Q |
| **Vehicle Class:** | PASSENGER CAR/LIGHT TRUCK |
| **Power Steering:** | Standard |
| **Air Conditioning:** | Standard |
| **Model Year:** | 2006 |
| **Roof:** | None / not available |
| **Front Wd:** | No |
| **Make:** | Infiniti |
| **Optional Roof:** | Power sun/moon roof |
| **4WD:** | No |
| **Model:** | G35 |
| **Fuel:** | Gas |
| **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | G35 |
| **Tilt Wheel:** | Standard |
| **Power Brakes:** | Standard |
| **Style:** | Coupe |
| **Security System:** | Passive Engine Immobilizer, Keyless Entry & Alarm |
| **Power Windows:** | Standard |
| **Color:** | UNKNOWN |
| **Radio:** | AM/FM CD |
| **Daytime Running Lights:** | Not available |
| **Engine Type:** | 6 |
| **Engine Size:** | 214 |
| **Base Price:** | $33,050 |
| **Net Weight:** | 3,379 lbs. |

**Plate Information**

| | |
|---:|:---|
| **License Plate Number:** | 8626S |
| **License Plate Type:** | Educational Affiliation |
| **Plate State:** | Florida |
| **Previous License Plate Number:** | 8626S |
| **Previous Plate State:** | Florida |

**FOIA - Confidential Treatment Requested**                                    **MAGNA005242**

SEC-SASON-000028332

# Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
Registrant Information
Registrant 1

| | |
|---|---|
| Company: | PALLAS MGMT. LLC |
| Address: | 595 S FEDERAL HWY STE 600<br>BOCA RATON, FL 33432-5542<br>PALM BEACH COUNTY |

Registrant 2

| | |
|---|---|
| Name: | SALVIOLA, PERIAN |
| Date of Birth: | 4/1979 |
| Address: | 1019 BEL AIR DR APT B<br>HIGHLAND BEACH, FL 33487-4285<br>PALM BEACH COUNTY |

### Registration Information

| | |
|---|---|
| Original Registration Date: | 5/12/2010 |
| Registration Date: | 1/26/2011 |
| Registration Expiration Date: | 2/28/2012 |
| Decal Number: | 02549659 |

### Vehicle Information

| | |
|---|---|
| VIN: | 1GYUKJEF4AR230114 |
| Transmission: | R |
| Vehicle Class: | PASSENGER CAR/LIGHT TRUCK |
| Power Steering: | Standard |
| Air Conditioning: | Standard |
| Model Year: | 2010 |
| Roof: | Power sun/moon roof |
| Front Wd: | No |
| Make: | Cadillac |
| 4WD: | No |
| Model: | Escalade |
| Anti-Lock Brakes: | 4 wheel standard |
| Series: | ESCALADE ESV PREMIUM |
| Tilt Wheel: | Standard |
| Power Brakes: | Standard |
| Style: | 4 Dr Wagon Sport Utility |
| Security System: | Passive Immobilize Key, Keyless entry, and alarm |
| Power Windows: | Standard |
| Color: | Yellow |
| Radio: | AM/FM CD/MP3 |
| Daytime Running Lights: | Standard |
| Engine Type: | 8 |
| Engine Size: | 378 |
| Base Price: | $76,705 |
| Net Weight: | 5,930 lbs. |

### Plate Information

FOIA - Confidential Treatment Requested

MAGNA005243

SEC-SASON-000028333

License Plate Number: 219TPH
License Plate Type: Private
Plate State: Florida
Previous License Plate Number: 219TPH
Previous Plate State: Florida

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
Registrant Information
Registrant 1

Company: PALLAS MGMT. LLC
Address: 555 S FEDERAL HWY STE 300
BOCA RATON, FL 33432-6077
PALM BEACH COUNTY

Registrant 2

Name: SALVIOLA, PERIAN
Date of Birth: 4/1979
Address: 555 S FEDERAL HWY STE 300
BOCA RATON, FL 33432-6077
PALM BEACH COUNTY

Registration Information
Original Registration Date: 2/22/2012
Registration Date: 2/22/2012
Registration Expiration Date: 2/28/2013
Decal Number: 03551983

Vehicle Information
VIN: 1GYUKJEF4AR230114
Transmission: R
Vehicle Class: PASSENGER CAR/LIGHT TRUCK
Power Steering: Standard
Air Conditioning: Standard
Model Year: 2010
Roof: Power sun/moon roof
Front Wd: No
Make: Cadillac
4WD: No
Model: Escalade
Anti-Lock Brakes: 4 wheel standard
Series: ESCALADE ESV PREMIUM
Tilt Wheel: Standard
Power Brakes: Standard
Style: 4 Dr Wagon Sport Utility
Security System: Passive Immobilize Key, Keyless entry, and alarm
Power Windows: Standard
Color: Yellow
Radio: AM/FM CD/MP3
Daytime Running Lights: Standard
Engine Type: 8

Page 54 of 87

**FOIA - Confidential Treatment Requested**

Engine Size: 378
Base Price: $76,705
Net Weight: 5,930 lbs.

**Plate Information**

License Plate Number: 219TPH
License Plate Type: Private
Plate State: Florida
Previous License Plate Number: 219TPH
Previous Plate State: Florida

# Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
**Registrant Information**

Name: SALVIOLA, PERIAN
Date of Birth: 4/1979
Address: 5968 BARTRAM ST
BOCA RATON, FL 33433-7267
PALM BEACH COUNTY

**Registration Information**

Original Registration Date: 3/3/2009
Registration Date: 3/3/2009
Registration Expiration Date: 4/13/2010
Decal Number: 04007743

**Vehicle Information**

VIN: JNKCV54E66M704186
Transmission: Q
Vehicle Class: PASSENGER CAR/LIGHT TRUCK
Power Steering: Standard
Air Conditioning: Standard
Model Year: 2006
Roof: None / not available
Front Wd: No
Make: Infiniti
Optional Roof: Power sun/moon roof
4WD: No
Model: G35
Fuel: Gas
Anti-Lock Brakes: 4 wheel standard
Series: G35
Tilt Wheel: Standard
Power Brakes: Standard
Style: Coupe
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Power Windows: Standard
Color: UNKNOWN
Radio: AM/FM CD
Daytime Running Lights: Not available
Engine Type: 6

FOIA - Confidential Treatment Requested

MAGNA005245

SEC-SASON-000028335

Engine Size: 214
Base Price: $33,050

## Plate Information

License Plate Number: 8626S
License Plate Type: Educational Affiliation
Plate State: Florida
Previous License Plate Number: 8626S
Previous Plate State: Florida

# Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration

### Registrant Information
Name: SALVIOLA, PERIAN
Date of Birth: 4/1979
Address: 8241 PARKSTONE PL APT 106
NAPLES, FL 34120-0613
COLLIER COUNTY

### Registration Information
Original Registration Date: 3/17/2006
Registration Date: 3/17/2006
Registration Expiration Date: 4/13/2007
Decal Number: 05439996

### Vehicle Information
VIN: JNKCV54E66M704186
Transmission: Q
Vehicle Class: PASSENGER CAR/LIGHT TRUCK
Power Steering: Standard
Air Conditioning: Standard
Model Year: 2006
Roof: None / not available
Front Wd: No
Make: Infiniti
Optional Roof: Power sun/moon roof
4WD: No
Model: G35
Fuel: Gas
Anti-Lock Brakes: 4 wheel standard
Series: G35
Tilt Wheel: Standard
Power Brakes: Standard
Style: Coupe
Security System: Passive Engine Immobilizer, Keyless Entry & Alarm
Power Windows: Standard
Color: Blue
Radio: AM/FM CD
Daytime Running Lights: Not available
Engine Type: 6
Engine Size: 214

FOIA - Confidential Treatment Requested

MAGNA005246

SEC-SASON-000028336

**Base Price:** $33,050
**Net Weight:** 3,379 lbs.

## Plate Information
**License Plate Number:** 8626S
**License Plate Type:** Florida State University (Seminoles)

## Owner Information
**Name:** NISSAN-INFINITI
**Address:** PO BOX 254648
SACRAMENTO, CA 95865-4648
SACRAMENTO COUNTY

## Title Information
**Title Number:** 0095721268
**Original Title Date:** 4/26/2006

## LienHolder Information
**Company:** NISSAN-INFINITI LT

# Motor Vehicle Registrations
This data is for informational purposes only.

# Florida Motor Vehicle Registration
**Registrant Information**
Registrant 1
**Name:** SALVIOLA, PERIAN
**Date of Birth:** 4/1979
**Address:** 8241 PARKSTONE PL APT 106
NAPLES, FL 34120-0613
COLLIER COUNTY

Registrant 2
**Name:** WILDBERGER, DEBORAH A
**Date of Birth:** 4/1956
**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

## Registration Information
**Original Registration Date:** 4/27/2004
**Registration Date:** 3/29/2005
**Registration Expiration Date:** 4/14/2006
**Decal Number:** 04043035

## Vehicle Information
**VIN:** JH4DC4465VS013996
**Restraint:** Dual front air bags/active belts
**Transmission:** D
**Vehicle Class:** PASSENGER CAR/LIGHT TRUCK
**Power Steering:** Standard
**Air Conditioning:** Standard
**Model Year:** 1997
**Roof:** Power sun/moon roof

**FOIA - Confidential Treatment Requested**

**MAGNA005247**

SEC-SASON-000028337

| | |
|---|---|
| **Front Wd:** | Yes |
| **Make:** | Acura |
| **4WD:** | No |
| **Model:** | Integra |
| **Fuel:** | Gas |
| **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | INTEGRA GS/LS |
| **Tilt Wheel:** | Standard |
| **Power Brakes:** | Standard |
| **Style:** | Hatchback 2 Door |
| **Security System:** | Unknown |
| **Power Windows:** | Standard |
| **Color:** | Red |
| **Radio:** | AM/FM CD |
| **Daytime Running Lights:** | Not available |
| **Engine Type:** | 4 |
| **Engine Size:** | 112 |
| **Base Price:** | $21,400 |
| **Net Weight:** | 2,601 lbs. |

**Plate Information**

| | |
|---|---|
| **License Plate Number:** | H59LDS |
| **License Plate Type:** | Private |
| **Plate State:** | Florida |
| **Previous License Plate Number:** | H59LDS |
| **Previous Plate State:** | Florida |

# Motor Vehicle Registrations
This data is for informational purposes only.

# Florida Motor Vehicle Registration
**Registrant Information**
Registrant 1

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Date of Birth:** | 4/1979 |
| **Address:** | 3336 HARNESS CIR<br>LAKE WORTH, FL 33449-8026<br>PALM BEACH COUNTY |

Registrant 2

| | |
|---|---|
| **Name:** | WILDBERGER, DEBORAH A |
| **Date of Birth:** | 4/1956 |
| **Address:** | 3336 HARNESS CIR<br>LAKE WORTH, FL 33449-8026<br>PALM BEACH COUNTY |

**Registration Information**

| | |
|---|---|
| **Original Registration Date:** | 4/10/2003 |
| **Registration Date:** | 4/10/2003 |
| **Registration Expiration Date:** | 4/14/2004 |
| **Decal Number:** | 04250132 |

**Vehicle Information**

FOIA - Confidential Treatment Requested

MAGNA005248

SEC-SASON-000028338

VIN: JH4DC4465VS013996
Restraint: Dual front air bags/active belts
Transmission: D
Vehicle Class: PASSENGER CAR/LIGHT TRUCK
Power Steering: Standard
Air Conditioning: Standard
Model Year: 1997
Roof: Power sun/moon roof
Front Wd: Yes
Make: Acura
4WD: No
Model: Integra
Fuel: Gas
Anti-Lock Brakes: 4 wheel standard
Series: INTEGRA GS/LS
Tilt Wheel: Standard
Power Brakes: Standard
Style: Hatchback 2 Door
Security System: Unknown
Power Windows: Standard
Color: Red
Radio: AM/FM CD
Daytime Running Lights: Not available
Engine Type: 4
Engine Size: 112
Base Price: $21,400
Net Weight: 2,601 lbs.

## Plate Information

License Plate Number: H59LDS
License Plate Type: Car & Pickup Tags (County Name)

## Owner Information
### Owner 1

Name: SALVIOLA, PERIAN
Date of Birth: 4/1979
Address: 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

### Owner 2

Name: WILDBERGER, DEBORAH A
Date of Birth: 4/1956
Address: 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

## Title Information

Title Number: 0073734861
Original Title Date: 1/10/2001
Title Transfer Date: 9/15/1997

## LienHolder Information

Company: CITY COUNTY CREDIT UNION OF FORT LAUDERDALE

FOIA - Confidential Treatment Requested

MAGNA005249

SEC-SASON-000028339

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration

**Registrant Information**

Registrant 1

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Date of Birth:** | 4/1979 |
| **Address:** | 8241 PARKSTONE PL APT 106 |
| | NAPLES, FL 34120-0613 |
| | COLLIER COUNTY |

Registrant 2

| | |
|---|---|
| **Name:** | WILDBERGER, DEBORAH A |
| **Date of Birth:** | 4/1956 |
| **Address:** | 3336 HARNESS CIR |
| | LAKE WORTH, FL 33449-0026 |
| | PALM BEACH COUNTY |

**Registration Information**

| | |
|---|---|
| **Original Registration Date:** | 4/27/2004 |
| **Registration Date:** | 3/29/2005 |
| **Registration Expiration Date:** | 4/14/2006 |
| **Decal Number:** | 04043035 |

**Vehicle Information**

| | |
|---|---|
| **VIN:** | JH4DC4465VS013996 |
| **Restraint:** | Dual front air bags/active belts |
| **Transmission:** | D |
| **Vehicle Class:** | PASSENGER CAR/LIGHT TRUCK |
| **Power Steering:** | Standard |
| **Air Conditioning:** | Standard |
| **Model Year:** | 1997 |
| **Roof:** | Power sun/moon roof |
| **Front Wd:** | Yes |
| **Make:** | Acura |
| **4WD:** | No |
| **Model:** | Integra |
| **Fuel:** | Gas |
| **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | INTEGRA GS/LS |
| **Tilt Wheel:** | Standard |
| **Power Brakes:** | Standard |
| **Style:** | Hatchback 2 Door |
| **Security System:** | Unknown |
| **Power Windows:** | Standard |
| **Color:** | Red |
| **Radio:** | AM/FM CD |
| **Daytime Running Lights:** | Not available |
| **Engine Type:** | 4 |
| **Engine Size:** | 112 |
| **Base Price:** | $21,400 |

**FOIA - Confidential Treatment Requested**

MAGNA005250

SEC-SASON-000028340

**Net Weight:** 2,601 lbs.

## Plate Information
        **License Plate Number:** H59LDS
        **License Plate Type:** Car & Pickup Tags (County Name)

## Owner Information
**Owner 1**
        **Name:** SALVIOLA, PERIAN
        **Date of Birth:** 4/1979
        **Address:** 8241 PARKSTONE PL APT 106
        NAPLES, FL 34120-0613
        COLLIER COUNTY

**Owner 2**
        **Name:** WILDBERGER, DEBORAH A
        **Date of Birth:** 4/1956
        **Address:** 3336 HARNESS CIR
        LAKE WORTH, FL 33449-8026
        PALM BEACH COUNTY

## Title Information
        **Title Number:** 0073734861
        **Original Title Date:** 1/10/2001
        **Title Transfer Date:** 9/15/1997

## LienHolder Information
        **Company:** CITY COUNTY CREDIT UNION OF FORT LAUDERDALE

# Motor Vehicle Registrations
This data is for informational purposes only.

# Florida Motor Vehicle Registration
**Registrant Information**
**Registrant 1**
        **Name:** SALVIOLA, PERIAN
        **Date of Birth:** 4/1979
        **Address:** 3336 HARNESS CIR
        LAKE WORTH, FL 33449-8026
        PALM BEACH COUNTY

**Registrant 2**
        **Name:** WILDBERGER, DEBORAH A
        **Date of Birth:** 4/1956
        **Address:** 3336 HARNESS CIR
        LAKE WORTH, FL 33449-8026
        PALM BEACH COUNTY

## Registration Information
        **Original Registration Date:** 4/10/2003
        **Registration Date:** 4/10/2003
        **Registration Expiration Date:** 4/14/2004
        **Decal Number:** 04250132

## Vehicle Information

**FOIA - Confidential Treatment Requested**

**MAGNA005251**

SEC-SASON-000028341

VIN: JH4DC4465VS013996
Restraint: Dual front air bags/active belts
Transmission: D
Vehicle Class: PASSENGER CAR/LIGHT TRUCK
Power Steering: Standard
Air Conditioning: Standard
Model Year: 1997
Roof: Power sun/moon roof
Front Wd: Yes
Make: Acura
4WD: No
Model: Integra
Fuel: Gas
Anti-Lock Brakes: 4 wheel standard
Series: INTEGRA GS/LS
Tilt Wheel: Standard
Power Brakes: Standard
Style: Hatchback 2 Door
Security System: Unknown
Power Windows: Standard
Color: Red
Radio: AM/FM CD
Daytime Running Lights: Not available
Engine Type: 4
Engine Size: 112
Base Price: $21,400
Net Weight: 2,601 lbs.

## Plate Information

License Plate Number: H59LDS
License Plate Type: Car & Pickup Tags (County Name)

## Owner Information
Owner 1

Name: SALVIOLA, PERIAN
Date of Birth: 4/1979
Address: 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

Owner 2

Name: WILDBERGER, DEBORAH A
Date of Birth: 4/1956
Address: 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

## Title Information

Title Number: 0073734861
Original Title Date: 1/10/2001
Title Transfer Date: 9/15/1997

## LienHolder Information

Company: CITY COUNTY CREDIT UNION OF FORT LAUDERDALE

**FOIA - Confidential Treatment Requested**                    **MAGNA005252**

SEC-SASON-000028342

## Motor Vehicle Registrations
This data is for informational purposes only.

## Florida Motor Vehicle Registration
### Registrant Information
Registrant 1

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Date of Birth:** | 4/1979 |
| **Address:** | 3336 HARNESS CIR<br>LAKE WORTH, FL 33449-8026<br>PALM BEACH COUNTY |

Registrant 2

| | |
|---|---|
| **Name:** | WILDBERGER, DEBORAH A |
| **Date of Birth:** | 4/1956 |
| **Address:** | 3336 HARNESS CIR<br>LAKE WORTH, FL 33449-8026<br>PALM BEACH COUNTY |

### Registration Information

| | |
|---|---|
| **Original Registration Date:** | 1/10/2001 |
| **Registration Date:** | 3/25/2002 |
| **Registration Expiration Date:** | 4/14/2003 |
| **Decal Number:** | 04458550 |

### Vehicle Information

| | |
|---|---|
| **VIN:** | JH4DC4465VS013996 |
| **Restraint:** | Dual front air bags/active belts |
| **Transmission:** | D |
| **Vehicle Class:** | PASSENGER CAR/LIGHT TRUCK |
| **Power Steering:** | Standard |
| **Air Conditioning:** | Standard |
| **Model Year:** | 1997 |
| **Roof:** | Power sun/moon roof |
| **Front Wd:** | Yes |
| **Make:** | Acura |
| **4WD:** | No |
| **Model:** | Integra |
| **Fuel:** | Gas |
| **Anti-Lock Brakes:** | 4 wheel standard |
| **Series:** | INTEGRA GS/LS |
| **Tilt Wheel:** | Standard |
| **Power Brakes:** | Standard |
| **Style:** | Hatchback 2 Door |
| **Security System:** | Unknown |
| **Power Windows:** | Standard |
| **Color:** | Red |
| **Radio:** | AM/FM CD |
| **Daytime Running Lights:** | Not available |
| **Engine Type:** | 4 |
| **Engine Size:** | 112 |
| **Base Price:** | $21,400 |

**FOIA - Confidential Treatment Requested**

MAGNA005253

SEC-SASON-000028343

**Net Weight:** 2,601 lbs.

## Plate Information
**License Plate Number:** XIC66D
**License Plate Type:** Car & Pickup Tags (County Name)

## Owner Information
Owner 1

**Name:** SALVIOLA, PERIAN
**Date of Birth:** 4/1979
**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

Owner 2

**Name:** WILDBERGER, DEBORAH A
**Date of Birth:** 4/1956
**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33449-8026
PALM BEACH COUNTY

## Title Information
**Title Number:** 0073734861
**Original Title Date:** 1/10/2001
**Title Transfer Date:** 9/15/1997

## LienHolder Information
**Company:** CITY COUNTY CREDIT UNION OF FORT LAUDERDALE

# Person Locator 1
This data is for informational purposes only.

## Personal Information
**Name:** SALVIOLA, PERIAN
**Address:** 8241 PARKSTONE PL APT 106
NAPLES, FL 34120
**SSN:** 592-80-XXXX
**Reported Date:** 07/2003

## Prior Record
**Name:** SALVIOLA, PEERIAN
**Address:** 14820 TRIANGLE BAY DR APT 1201
NAPLES, FL 34119
**Reported Date:** 07/2002

**Address:** 2676 TESS CI
TALLAHASSEE, FL 32304
**Reported Date:** 01/2001

# Person Locator 1
This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**                    **MAGNA005254**

SEC-SASON-000028344

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
| | NAPLES, FL 34120 |
| **SSN:** | 592-80-XXXX |
| **Reported Date:** | 07/2003 |

**Prior Record**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201 |
| | NAPLES, FL 34119 |
| **Reported Date:** | 07/2002 |

| | |
|---|---|
| **Address:** | 2070 TESS CI |
| | TALLAHASSEE, FL 32304 |
| **Reported Date:** | 01/2001 |

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201 |
| | NAPLES, FL 34119 |
| **SSN:** | 592-80-XXXX |
| **Reported Date:** | 07/2002 |

**Prior Record**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 2676 TESS CI |
| | TALLAHASSEE, FL 32304 |
| **Reported Date:** | 01/2001 |

| | |
|---|---|
| **Address:** | 1000 HIGH RD APT 612 |
| | TALLAHASSEE, FL 32304 |
| **Reported Date:** | 04/1999 |

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 1019 BEL AIR DR APT B |
| | HIGHLAND BEACH, FL 33487 |
| **SSN:** | 592-80-XXXX |
| **Reported Date:** | 06/2009 |

**Prior Record**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 5968 BARTRAM ST |
| | BOCA RATON, FL 33433 |
| **Reported Date:** | 02/2008 |

**FOIA - Confidential Treatment Requested**                    **MAGNA005255**

SEC-SASON-000028345

**Address:** 8241 PARKSTONE PL APT 106
NAPLES, FL 34120
**Reported Date:** 07/2003

# Person Locator 1
This data is for informational purposes only.

### Personal Information
**Name:** SALVIOLA, PERIAN
**Address:** 1000 HIGH RD APT 012
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX
**Reported Date:** 04/1999

### Prior Record
**Address:** 3336 HARNESS CIR
LAKE WORTH. FL 33467
**Reported Date:** 11/1998

**Address:** 6052 WOLFE ST
JUPITER, FL 33458
**Reported Date:** 05/1998

# Person Locator 1
This data is for informational purposes only.

### Personal Information
**Name:** SALVIOLA, PERIAN
**Address:** 1000 HIGH RD APT 612
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX
**Reported Date:** 04/1999

### Prior Record
**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33467
**Reported Date:** 11/1998

**Address:** 6052 WOOLF ST
WEST PALM BEACH, FL 33415
**Reported Date:** 05/1998

# Person Locator 1
This data is for informational purposes only.

### Personal Information
**Name:** SILVIOLY, PERLIN
**Address:** 1000 HIGH RD APT 612
TALLAHASSEE, FL 32304
**Reported Date:** 04/1999

**FOIA - Confidential Treatment Requested**

MAGNA005256

SEC-SASON-000028346

**Prior Record**

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 5968 BARTRAM ST<br>BOCA RATON, FL 33433 |
| **SSN:** | 592-80-XXXX |
| **Reported Date:** | 02/2008 |

**Prior Record**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106<br>NAPLES, FL 34120 |
| **Reported Date:** | 07/2003 |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201<br>NAPLES, FL 34119 |
| **Reported Date:** | 07/2002 |

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 5968 BARTRAM ST<br>BOCA RATON, FL 33433 |
| **SSN:** | 592-80-XXXX |
| **Reported Date:** | 02/2008 |

**Prior Record**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106<br>NAPLES, FL 34120 |
| **Reported Date:** | 07/2003 |
| **Address:** | 3336 HARNESS CIR<br>LAKE WORTH, FL 33467 |
| **Reported Date:** | 12/2004 |

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 2676 TESS CIR<br>TALLAHASSEE, FL 32304 |

FOIA - Confidential Treatment Requested

MAGNA005257

SEC-SASON-000028347

**SSN:** 592-80-XXXX
**Reported Date:** 01/2001

**Prior Record**

**Address:** 1000 HIGH RD APT 612
TALLAHASSEE, FL 32304
**Reported Date:** 04/1999

**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33467
**Reported Date:** 11/1998

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 2676 TESS CIR CIR
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX
**Reported Date:** 01/2001

**Prior Record**

**Address:** 1000 HIGH RD APT 612
TALLAHASSEE, FL 32304
**Reported Date:** 04/1999

**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33467
**Reported Date:** 11/1998

# Person Locator 1
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 2676 TESS CIR CIR
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX
**Reported Date:** 01/2001

**Prior Record**

**Name:** SALVIOLA, PEERIAN
**Address:** 1000 HIGH RD APT 612
TALLAHASSEE, FL 32304
**Reported Date:** 04/1999

**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33467
**Reported Date:** 11/1998

# Person Locator 1

**FOIA - Confidential Treatment Requested**

**MAGNA005258**

SEC-SASON-000028348

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 2676 TESS CIR CIR
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX
**Reported Date:** 01/2001

**Prior Record**

**Name:** SALVIOLA, PEERIAN
**Address:** 1000 HIGH RD APT 612
TALLAHASSEE. FL 32304
**Reported Date:** 04/1999

**Address:** 3336 HARNESS CIR
LAKE WORTH, FL 33467
**Reported Date:** 11/1998

# Person Locator 2

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 1000 HIGH RD 612
TALLAHASSEE, FL 32304
**SSN:** 592-80-XXXX

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PEERIAN
**Address:** 3740 S OCEAN BLVD APT 1505
HIGHLAND BEACH, FL 33487-3405
**SSN:** 592-80-XXXX
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 555 S FEDERAL HWY STE 300
BOCA RATON. FL 33432-6077
**SSN:** 592-80-XXXX
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

FOIA - Confidential Treatment Requested

MAGNA005259

SEC-SASON-000028349

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 555 S FEDERAL HWY STE 300 |
| | BOCA RATON, FL 33432-6077 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALPIOLA. TERIAN |
| **Address:** | 555 S FEDERAL HWY STE 300 |
| | BOCA RATON, FL 33432-6077 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 505 S FEDERAL HWY STE 300 |
| | BOCA RATON, FL 33432-5542 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 595 S FEDERAL HWY STE 300 |
| | BOCA RATON, FL 33432-5542 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 595 S FEDERAL HWY STE 300 |
| | BOCA RATON, FL 33432-5542 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

**FOIA - Confidential Treatment Requested**                    **MAGNA005260**

SEC-SASON-000028350

**Name:** SALVIOLA, PEERIAN
**Address:** 3740 S OCEAN BLVD APT 1505
HIGHLAND BEACH, FL 33487-3405
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1954
**Gender:** Female

# Person Locator 5
This data is for informational purposes only.

Personal Information

**Name:** SALVIOLA, PERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-00-XXXX
**Date of Birth:** 04/1954
**Gender:** Female

# Person Locator 5
This data is for informational purposes only.

Personal Information

**Name:** SALPIOLA, TERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-80-XXXX
**Gender:** Female

# Person Locator 5
This data is for informational purposes only.

Personal Information

**Name:** SALVIOLA, PERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-80-XXXX
**Gender:** Female

# Person Locator 5
This data is for informational purposes only.

Personal Information

**Name:** SALVIOLA, PEERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-80-XXXX
**Gender:** Female

# Person Locator 5
This data is for informational purposes only.

Personal Information

**FOIA - Confidential Treatment Requested**                    **MAGNA005261**

SEC-SASON-000028351

Name: SALVIOLA, PERIAN
Address: 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
SSN: 592-80-XXXX
Date of Birth: 04/1979
Gender: Female

## Person Locator 5
This data is for informational purposes only.

Personal Information
Name: SALVIOLA, PEERIAN
Address: 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
SSN: 592-00-XXXX
Date of Birth: 04/1979
Gender: Female

## Person Locator 5
This data is for informational purposes only.

Personal Information
Name: SALPIOLA, TERIAN
Address: 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
SSN: 592-80-XXXX
Date of Birth: 04/1979
Gender: Female

## Person Locator 5
This data is for informational purposes only.

Personal Information
Name: SALVIOLA, PERIAN
Address: 5968 BARTRAM ST
BOCA RATON, FL 33433-7267
SSN: 592-80-XXXX
Date of Birth: 04/1954
Gender: Female

## Person Locator 5
This data is for informational purposes only.

Personal Information
Name: SALVIOLA, PERIAN
Address: 5968 BARTRAM ST
BOCA RATON, FL 33433-7267
SSN: 592-80-XXXX
Date of Birth: 04/1979
Gender: Female

## Person Locator 5
This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**                    **MAGNA005262**

SEC-SASON-000028352

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 5968 BARTRAM ST |
|  | BOCA RATON, FL 33433-7267 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 5968 BARTRAM ST |
|  | BOCA RATON, FL 33433-7267 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 5968 BARTRAM ST |
|  | BOCA RATON, FL 33433-7267 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 5968 BARTRAM ST |
|  | BOCA RATON, FL 33433-7267 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 5968 BARTRAM ST |
|  | BOCA RATON, FL 33433-7267 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**                    **MAGNA005263**

SEC-SASON-000028353

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
|  | NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1954 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
|  | NAPLES, FL 34120-0613 |
| **SSN:** | 592-00-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
|  | NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
|  | NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
|  | NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

**FOIA - Confidential Treatment Requested**

MAGNA005264

SEC-SASON-000028354

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 1000 HIGH RD APT 612 TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1954 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 1000 HIGH RD APT 612 TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|:---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 1000 HIGH RD APT 612 TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

FOIA - Confidential Treatment Requested

**MAGNA005265**

SEC-SASON-000028355

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 1000 HIGH RD APT 612 |
| | TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 1000 HIGH RD APT 612 |
| | TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 1000 HIGH RD APT 612 |
| | TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 1000 HIGH RD APT 612 |
| | TALLAHASSEE, FL 32304-1876 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---:|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

FOIA - Confidential Treatment Requested

MAGNA005266

SEC-SASON-000028356

## Person Locator 5
This data is for informational purposes only.

#### Personal Information

| | |
|---:|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

#### Personal Information

| | |
|---:|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

#### Personal Information

| | |
|---:|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

#### Personal Information

| | |
|---:|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

#### Personal Information

| | |
|---:|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 5500 MILITARY TRL STE 22 |
| | JUPITER, FL 33458-2871 |
| **SSN:** | 592-00-XXXX |
| **Gender:** | Female |

**FOIA - Confidential Treatment Requested**

MAGNA005267

SEC-SASON-000028357

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 6052 WOLFE ST |
|  | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1954 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 6052 WOLFE ST |
|  | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 6052 WOLFE ST |
|  | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 6052 WOLFE ST |
|  | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

|  |  |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 6052 WOLFE ST |
|  | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

**FOIA - Confidential Treatment Requested**

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 6052 WOLFE ST |
| | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALPIOLA, TERIAN |
| **Address:** | 6052 WOLFE ST |
| | JUPITER, FL 33458-6759 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201 |
| | NAPLES, FL 34119-6753 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1954 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201 |
| | NAPLES, FL 34119-6753 |
| **SSN:** | 592-80-XXXX |
| **Date of Birth:** | 04/1979 |
| **Gender:** | Female |

## Person Locator 5
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PEERIAN |
| **Address:** | 14820 TRIANGLE BAY DR APT 1201 |
| | NAPLES, FL 34119-6753 |

**FOIA - Confidential Treatment Requested**

**MAGNA005269**

SEC-SASON-000028359

                              **SSN:** 592-80-XXXX
                   **Date of Birth:** 04/1979
                         **Gender:** Female

## Person Locator 5
This data is for informational purposes only.

**Personal Information**
                         **Name:** SALPIOLA, TERIAN
                     **Address:** 14820 TRIANGLE BAY DR APT 1201
                                  NAPLES, FL 34119-6753
                              **SSN:** 592-80-XXXX
                   **Date of Birth:** 04/1979
                         **Gender:** Female

## Person Locator 5
This data is for informational purposes only.

**Personal Information**
                         **Name:** SALPIOLA, TERIAN
                     **Address:** 14820 TRIANGLE BAY DR APT 1201
                                  NAPLES, FL 34119-6753
                              **SSN:** 592-80-XXXX
                         **Gender:** Female

## Person Locator 5
This data is for informational purposes only.

**Personal Information**
                         **Name:** SALVIOLA, PERIAN
                     **Address:** 14820 TRIANGLE BAY DR APT 1201
                                  NAPLES, FL 34119-6753
                              **SSN:** 592-80-XXXX
                         **Gender:** Female

## Person Locator 5
This data is for informational purposes only.

**Personal Information**
                         **Name:** SALVIOLA, PEERIAN
                     **Address:** 14820 TRIANGLE BAY DR APT 1201
                                  NAPLES, FL 34119-6753
                              **SSN:** 592-80-XXXX
                         **Gender:** Female

## Person Locator 5
This data is for informational purposes only.

**Personal Information**
                         **Name:** SALVIOLA, PERIAN
                     **Address:** 2676 TESS CIR
                                  TALLAHASSEE, FL 32304-1165

**FOIA - Confidential Treatment Requested**                    **MAGNA005270**

SEC-SASON-000028360

**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PEERIAN
**Address:** 2676 TESS CIR
TALLAHASSEE, FL 32304-1165
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALPIOLA, TERIAN
**Address:** 2676 TESS CIR
TALLAHASSEE, FL 32304-1165
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 3336 HARNESS CIR
WELLINGTON, FL 33449-8026
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PEERIAN
**Address:** 3336 HARNESS CIR
WELLINGTON, FL 33449-8026
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

# Person Locator 5

This data is for informational purposes only.

**Personal Information**

**FOIA - Confidential Treatment Requested**

MAGNA005271

SEC-SASON-000028361

**Name:** SALPIOLA, TERIAN
**Address:** 3336 HARNESS CIR
WELLINGTON, FL 33449-8026
**SSN:** 592-80-XXXX
**Date of Birth:** 04/1979
**Gender:** Female

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 3740 S OCEAN BV 1505
HIGHLAND BEACH, FL 33487-3405
**SSN:** 592-00-XXXX
**Gender:** Female

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 1019 BEL AIR DR APT B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-80-XXXX
**Gender:** Female

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 1019 BEL AIR DR B
HIGHLAND BEACH, FL 33487-4285
**SSN:** 592-80-XXXX

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 5968 BARTRAM ST
BOCA RATON, FL 33433-7267
**SSN:** 592-80-XXXX

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 5960 DARTRAM ST
BOCA RATON, FL 33433-7267
**SSN:** 592-80-XXXX

**FOIA - Confidential Treatment Requested**

MAGNA005272

SEC-SASON-000028362

## Person Locator 6
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 8241 PARKSTONE PL APT 106 |
| | NAPLES, FL 34120-0613 |
| **SSN:** | 592-80-XXXX |

## Phone
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 3740 S OCEAN BLVD |
| | HIGHLAND BEACH, FL 33487-3400 |

## Phone
This data is for informational purposes only.

**Personal Information**

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Address:** | 14820 TRIANGLE BAY DR |
| | NAPLES, FL 34119-7741 |
| **Phone:** | 239-353-0439 |

## UCC Filings
This data is for informational purposes only.

## 1:Florida UCC Record
Debtor Information

| | |
|---|---|
| **Name:** | SALVIOLA, PERIAN |
| **Standardized Address:** | 595 S FEDERAL HWY STE 600 |
| | BOCA RATON, FL 33432-5542 |
| **Original Address:** | 595 S FEDERAL HWY STE 600 |
| | BOCA RATON, FL 33432-5542 |
| **SSN:** | 592-80-XXXX |

**Secured Party Information**

| | |
|---|---|
| **Name:** | MINERALS AND METALS FZE |

**Filing Information**

| | |
|---|---|
| **Original Filing Number:** | 200901365554 |
| **Original Filing Date:** | 10/15/2009 |
| **Filing Agency:** | SECRETARY OF STATE/UCC DIVISION |
| **Filing Agency Address:** | STATE CAPITOL |
| | TALLAHASSEE, FL 32314 |
| **Filing Type:** | INITIAL FILING |
| **Filing Number:** | 200901365554 |
| **Filing Date:** | 10/15/2009 |

**FOIA - Confidential Treatment Requested**                    **MAGNA005273**

SEC-SASON-000028363

**Filing Expiration Date:** 10/15/2014
**Vendor Entry Date:** 10/28/2009
**Vendor Update Date:** 2012
**Pages:** 1

**Filing Type:** TERMINATION
**Filing Number:** 20100305903X
**Filing Date:** 08/17/2010
**Vendor Entry Date:** 08/24/2010
**Vendor Update Date:** 2011
**Pages:** 1

**Collateral**
**Collateral Description:** 10/15/2009 200901365554 - SECURITY INTEREST
AND PROCEEDS

# UCC Filings
This data is for informational purposes only.

## 1:Florida UCC Record
**Debtor Information**
**Debtor 1**
**Name:** SALVIOLA, PERIAN
**Standardized Address:** 5301 N FEDERAL HWY STE 380
BOCA RATON, FL 33487-4915
**Original Address:** 5301 N FEDERAL HWY STE 380
BOCA RATON, FL 33487-4915
**SSN:** 592-80-XXXX

**Debtor 2**
**Name:** SALVIOLA, PERIAN
**Standardized Address:** 595 S FEDERAL HWY STE 600
BOCA RATON, FL 33432-5542
**Original Address:** 595 S FEDERAL HWY STE 600
BOCA RATON, FL 33432-5542
**SSN:** 592-80-XXXX

**Secured Party Information**
**Name:** JSW STEEL HOLDING (USA) INC.
**Standardized Address:** 5200 E MCKINNEY RD
BAYTOWN, TX 77523-8533
**Original Address:** 5200 E MCKINNEY RD
BAYTOWN, TX 77523-8533

**Filing Information**
**Original Filing Number:** 200901214157
**Original Filing Date:** 09/17/2009
**Filing Agency:** SECRETARY OF STATE/UCC DIVISION
**Filing Agency Address:** STATE CAPITOL
TALLAHASSEE, FL 32314

**Filing Type:** INITIAL FILING
**Filing Number:** 200901214157
**Filing Date:** 09/17/2009

FOIA - Confidential Treatment Requested

MAGNA005274

SEC-SASON-000028364

**Filing Expiration Date:** 09/17/2014
**Vendor Entry Date:** 09/25/2009
**Vendor Update Date:** 2011
**Pages:** 1

**Filing Type:** AMENDMENT
**Filing Number:** 200901410851
**Filing Date:** 10/23/2009
**Filing Expiration Date:** 09/17/2014
**Vendor Entry Date:** 12/27/2009
**Vendor Update Date:** 2011
**Pages:** 1

**Filing Type:** TERMINATION
**Filing Number:** 201003059021
**Filing Date:** 08/17/2010
**Vendor Entry Date:** 08/24/2010
**Vendor Update Date:** 2011
**Pages:** 1

**Collateral**
**Collateral Description:** 09/17/2009 200901214157 - ACCOUNT(S) AND PROCEEDS

# Voter Registration
This data is for informational purposes only.
## 1. Florida Voter Registration
**Registrant Information**
**Name:** SALVIOLA, PERIAN
**Residential Address:** 1019 BEL AIR DR APT B
HIGHLAND BCH, FL 33487-4285
PALM BEACH COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 4/1979
**Gender:** Female
**Race:** WHITE

**Voter Information**
**Registration Date:** 2/17/2004
**Last Vote Date:** 11/6/2012
**Party Affiliation:** REPUBLICAN
**Active Status:** ACTIVE

# Voter Registration
This data is for informational purposes only.
## 1. Florida Voter Registration
**Registrant Information**
**Name:** SALVIOLA, PERIAN
**Residential Address:** 1019 BEL AIR DR APT D
HIGHLAND BEACH, FL 33487-4285
PALM BEACH COUNTY

**FOIA - Confidential Treatment Requested**                                            **MAGNA005275**

SEC-SASON-000028365

**SSN:** 592-80-XXXX
**Date of Birth:** 4/1979
**Gender:** Female
**Race:** WHITE

**Voter Information**
**Registration Date:** 2/17/2004
**Last Vote Date:** 11/4/2008
**Party Affiliation:** REPUBLICAN
**Active Status:** ACTIVE

# Voter Registration
This data is for informational purposes only.
## 1. Florida Voter Registration
**Registrant Information**
**Name:** SALVIOLA, PERIAN
**Residential Address:** 8241 PARKSTONE PL APT 106
NAPLES, FL 34120-0613
COLLIER COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 4/1979
**Gender:** Female
**Race:** WHITE

**Voter Information**
**Last Vote Date:** 11/7/2006
**Party Affiliation:** REPUBLICAN
**Active Status:** ACTIVE

# Voter Registration
This data is for informational purposes only.
## 1. Florida Voter Registration
**Registrant Information**
**Name:** SALVIOLA, PERIAN
**Residential Address:** 2676 TESS CIR
TALLAHASSEE, FL 32304-1165
LEON COUNTY
**SSN:** 592-80-XXXX
**Date of Birth:** 4/1979
**Gender:** Female
**Race:** WHITE

**Voter Information**
**Registration Date:** 8/26/2000
**Party Affiliation:** DEMOCRAT
**Active Status:** ACTIVE

# Phones Plus
This data is for informational purposes only.

**FOIA - Confidential Treatment Requested**

MAGNA005276

SEC-SASON-000028366

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 1128 OCALA RD APT I7
TALLAHASSEE, FL 32304-1601
**Phone Number:** 786-567-7679

**Carrier Information**

**Carrier Name:** PEERLESS NTWK - FL
**Carrier City:** MIAMI
**Carrier State:** FL

# Email Address
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
salviola, PERIAN
**Address:** 8241 PARKSTONE PL APT 106
NAPLES, FL 34120-06138241 PARKSTONE PL APT 106
NAPLES, FL 34120-0613

**Email Information**

**Email Address:** PSALVIOLA@YAHOO.COM
**Website:** HTTP://WWW.CHICAGOTRIBUNE.COM/

# Email Address
This data is for informational purposes only.

**Personal Information**

**Name:** SALVIOLA, PERIAN
**Address:** 8241 PARKSTONE PL
NAPLES, FL 34120-0614

**Email Information**

**Email Address:** PSALVIOLA@YAHOO.COM
**Website:** surveys.contact-101.com

**Important.** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: Debt Recovery/Fraud
Your GLBA Permissible Use is: Fraud Prevention or Detection

Copyright© 2013 LexisNexis. All rights reserved.

**FOIA - Confidential Treatment Requested**

**MAGNA005277**

SEC-SASON-000028367

**EXHIBIT**

**212**

exhibitsticker.com

**To:** Larry Zielke[larry@lustros.com]
**From:** Marc Manuel [THE MAGNA GROUP]
**Sent:** Tue 12/11/2012 5:22:43 PM
**Importance:** **Normal**
**Subject:** Re: Magna

Thank you for the update

Sent from my iPhone

On Dec 11, 2012, at 4:57 PM, Larry Zielke <larry@lustros.com> wrote:


 fyi



**From:** Trish Malone [mailto:trish.malone@yahoo.com]
**Sent:** Tuesday, December 11, 2012 4:18 PM
**To:** 'Larry Zielke'; 'Trish Malone'
**Cc:** 'Zirk Engelbrecht'
**Subject:** RE: Magna


Dotting I's and crossing T's – will be done today.


Thanks,


Trish


**From:** Larry Zielke [mailto:larry@lustros.com]
**Sent:** Tuesday, December 11, 2012 12:49 PM
**To:** Trish Malone
**Cc:** 'Zirk Engelbrecht'
**Subject:** Magna

**SEC-ZielkeL-E-0001654**

SEC-SASON-000558880

Trish,

How is it going with the DD doc and note?   Can we get this done today?

Best

L

SEC-ZielkeL-E-0001655

SEC-SASON-000558881