# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Marjorie J. Peerce
Tel: 646.346.8039
Fax: 212.223.1942
peercem@ballardspahr.com

June 17, 2022

*By Electronic Filing*

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Sason, et al.*, 19 Civ. 1459 (LAP) (SDNY)

Dear Judge Preska:

  Defendant Marc Manuel, by and through his counsel, hereby requests leave to file under seal exhibits 59, 66, 68, and 69 to the Declaration of Marjorie J. Peerce in support of the Magna Defendants' Motion for Summary Judgment in the above-referenced case, pursuant to the Protective Order in this action (DE 88). These exhibits are Federal Bureau of Investigation Forms 302 and handwritten notes of meetings with Izak Zirk Engelbrecht/de Maison, which were produced, pursuant to *Touhy* requests, by the United States Department of Justice pursuant to the Protective Order, and they contain confidential and sensitive information.

  Per discussion with chambers, counsel for Manuel will e-file the sealed documents with "Selected Parties" viewing access and subsequently email PDFs of this letter and those exhibits to the Court.

We are of course available to answer any questions Your Honor may have.

Respectfully,

**BALLARD SPAHR LLP**

  */s/ Marjorie Peerce*
Marjorie J. Peerce
David L. Axelrod
1675 Broadway, 19th Floor
New York, NY 10019
(212) 223-0200
PeerceM@ballardspahr.com
AxelrodD@ballardspahr.com

```
SO ORDERED.
Dated:    June 21, 2022
          New York, New York

          [signature: Loretta A. Preska]
          LORETTA A. PRESKA
          Senior United States District Judge
```

The Honorable Loretta A. Preska
June 17, 2022
Page 2

*Attorneys for Defendant Marc Manuel*

DLA/sdm
Enclosures

CC:     All counsel of record (via ECF)