```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Securities and Exchange Commission, | |
| Plaintiff, | 1:19-cv-01459 (LAP) (SDA) |
| -against- | ORDER SCHEDULING |
| Joshua Sason et al., | SETTLEMENT CONFERENCE |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference with Plaintiff and the Magna Defendants is scheduled before Magistrate Judge Stewart Aaron on Thursday, September 7, 2023 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge