**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

March 1, 2024

> The parties shall submit a new status report with respect to the Magna Defendants no later than March 29, 2024. The parties' deadline to submit a joint pretrial order is adjourned <u>sine die</u>.
>
> **SO ORDERED.**
>
> Dated: March 4, 2024
>
> _____
> LORETTA A. PRESKA, U.S.D.J.

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *SEC v. Joshua Sason, et al.*, 19 Civ. 1459 (LAP)

Dear Judge Preska:

Pursuant to the Court's February 20, 2024 Order (Dkt. 215), Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") respectfully submits this status report, jointly with Defendants Joshua Sason, Magna Management, LLC, Magna Equities, LLC, and MG Partners, Ltd. (collectively, the "Magna Defendants").

As the Court is aware, on October 30, 2023, the SEC staff and the Magna Defendants agreed to settlement terms that would resolve the SEC's claims against the Magna Defendants, and that the SEC staff would recommend to the Commission. The SEC staff's agreement to Magistrate Judge Aaron's terms was contingent on the SEC staff's review and acceptance of certain information, which the SEC received on January 4, 2024. As the parties advised the Court in prior status letters (Dkt. 212, 214), the SEC plans to submit the recommended settlement to the Commission for consideration upon receipt of executed consents to proposed final judgments by the Magna Defendants. The SEC staff and the Magna Defendants have been negotiating certain language in the consents. The parties have resolved almost all of their differences, but have been unsuccessful to date in reaching an agreement concerning two remaining issues. Accordingly, on February 21, 2024, the SEC staff and the Magna Defendants requested further assistance from Magistrate Judge Aaron to facilitate finalizing a settlement, and a settlement conference is scheduled for March 8, 2024.

Given the ongoing negotiations between the SEC staff and the Magna Defendants, the parties respectfully request that the Court set a new status report deadline of March 29, 2024 as to the Magna Defendants (the same date that a status report is due with respect to Defendant Marc Manuel) and that the deadline for a joint pretrial order ("JPTO") remain adjourned *sine die*.[1]

Respectfully submitted,

/s/

David Zetlin-Jones / Eric Taffet / Daniel Loss
Counsel to the SEC

cc:   All counsel of record by ECF

---

[1] Any JPTO deadline does not affect Defendants Kautilya Sharma, Perian Salviola, and Pallas Holdings, LLC, for whom all issues of liability were resolved on summary judgment.