UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  - v. -

JOSHUA SASON, at al.,

    Defendants.

---

19 Civ. 1459 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  As described in the Final Judgment As To Defendant Marc Manuel, dated on May 2, 2024, (see dkt. no. 229), Defendant Marc Manuel has consented to final judgment in the above-captioned case with respect to allegations in Plaintiff's Complaint, (see dkt. no. 1), relating to alleged violations of Sections 5(a) and 5(c) of the Securities Act.  Defendant Manuel now seeks dismissal of all other outstanding claims against him in Plaintiff's Complaint, (see dkt. no. 231), to which Plaintiff consents, (see dkt. no. 222).

  Accordingly, the Court hereby dismisses all outstanding claims against Defendant Manuel contained in Plaintiff's Complaint—specifically, the second, third, and sixth claims for relief.

  The Court shall retain jurisdiction over the above-captioned case.  The Clerk of the Court shall close docket entry number 231.

1

SO ORDERED.

Dated:    New York, New York
          May 3, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge